Louis T. Recht
725 6th Avenue #2
San Francisco, CA 94201

CV07-02668 SBA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

MRS. LOUIS T. RECHT,

    Plaintiff,

v.

RISK MANAGEMENT,

    Defendant.

No. C 07-2668 SBA

**ORDER**

[Docket Nos. 2, 5]

On May 24, 2007, Chief Magistrate Judge James Larson issued a Report and Recommendation [Docket No. 5] recommending that the plaintiff's request to proceed *in forma pauperis* [Docket No. 2] be DENIED and that the complaint be DISMISSED with prejudice. No objections have been filed. After reviewing the Report and Recommendation, the Court hereby adopts it as this Court's ORDER and DENIES the request to proceed *in forma pauperis*, and DISMISSES the complaint with prejudice. The Clerk of Court is directed to close the case file and all pending matters related to it.

IT IS SO ORDERED.

June 8, 2007

                                          Saundra Brown Armstrong
                                          United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

RECHT et al,

    Plaintiff,

v.

RISK MANAGEMENT et al,

    Defendant.

Case Number: CV07-02668 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 11, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Louis T. Recht
725 6th Avenue #2
San Francisco, CA 94201

Dated: June 11, 2007

                      Richard W. Wieking, Clerk
                      By: LISA R CLARK, Deputy Clerk