Dr Craig Recht PC [illegible] [illegible]
[illegible] [illegible] [illegible]
Mrs Louis T. Recht
Timothy Herz
[illegible] - Army
[illegible] with [illegible]
Remains of Doctor Louis T. Recht PC

FILED
AUG 1 4 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

United States District Court
United States Judicial Court
Supreme Court

C-07-2668-SBA

Dr Craig Recht PC [illegible] Case No. Motion for Relief
Mrs Louis T. Recht
Timothy Herz
[illegible] - Army
[illegible] Works [illegible]
Remains of Doctor Louis T. Recht and
Plaintiff

Statement of Jurisdiction
Federal Rule of Appellate Procedure 28 (a) (4)
Rule 15
1071 (a) § 1544 USC
15 [illegible] a Motion or Brief
Rule 15 (c) (1)
§§ 1003, 13
Conspiracy
[illegible] §§ 13, 1508

Risk Management
Defendant

[illegible] United State Presidents, [illegible] State [illegible] Kennedy and [illegible] Kennedy [illegible] Bush's [illegible] and [illegible] are killing Americans since the O.J. Simpson murder with [illegible] and Bombed the 911 with Social Security number of Mrs Louis T Recht 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 Date of birth February [illegible] 1960 and [illegible] the President Bush Jr [illegible] and [illegible] are hiding [illegible] with [illegible] and [illegible] with my checking accounts [illegible] with [illegible] CPA's [illegible] accounts in the United State [illegible] with [illegible] and [illegible] with [illegible]

Declaring War Wrongfully Thru Forgery Against United States of America & Sovereign Nation And Against United States Americans Innocent Civilians Demanding A Tribunal Hearing By The United States Appellate Courts and Supreme Court And Indian Courts And The Tribunal Court of England And Tribunal Court of Switzerland Patent, Trademark and Copy Write Court of United States And NATO Hearings Are Needed on Doctrine Genocide Narcotics Such as Cocaine Heroin Opium By NATO, Doctors, Presidents Governors and Mayors Police Sheriff and Contractors Illegally as Scam Programs After a Five Year Investigation Mr. President Bush Sr and Bill Clinton Senator Kennedy and Caroline Kennedy Nancy Pelosi and Congressman McCarthy, Boswell Refuse To Release Hostages Having Amnesty While Living in a Sovereign Nation While Doing FDA Testing on Diet and Anti Depressants and Pain and Physiotic Drugs Into Tablet Forms That Dissolve Into Water All Base Medications Instead of Pill Forms and Diet Changes For Actions Androids and Artificial Intelligence Kids and Marijuana Club That Were Supposed To Be Monitored By American Doctors Are Being Used to Hold Hostages For Presidents on Narcotics Such As Heroin Pills Now FDA Approvable Demanding Military Police From Air Force and Marines and Scotland Yard and Queen Elizabeth II Military Drug Cartels Are Holding Hostage With Gangsters and Asteroid Patents And Actors Could Lead By Senator Kennedy And Warner Productions New Doctors and Adult Doctors on Heroin, Cocaine, Opium,

MURDER AND CONSTRUCTION SITES ON TOP OF BUILDINGS AND IN CEMENTS AND THE HIGH AND COLLAPSED AND HAVE HEARTWORMS PATIENTS FULL FRAGMENTED NAILS IN THEIR HANDS WITH A DEAD PERSON ATTACHED TO THE HEARTWORM THAT BE EXECUTED BEFORE FOR MURDER, MOLESTING CHILDREN MOLESTING ANIMALS AND ARE HIGHLY DANGEROUS DEMONS FROM HELL AND ARE USING GOVERNMENT IDENTITIES AND DOCTORS AND PRESIDENTS IDENTITIES TO KILL WITH, AIRFORCE AND MARINE RESCUES ARE NEEDED DEMANDING RELIEF FOR CIVILIANS, ANIMALS AND ARTIFICIAL INTELLIGENCE AND DEMANDING ESCORTED DEPORTATION OF AND FOR CHILDREN AND ANIMALS AND IMMIGRANTS. DEMANDING VECTOR CONTROL OF ALIEN REMOVAL OF FORCETHREE SKULL FRACTURE WITH ALUMINUM INSIDE AND CAVITIES AND AIDS PATIENTS AND HERPES HEPATITIS PATIENTS AND MENTALLY ILL PATIENTS DECLARING WAR IN A BREACH CONTRACT WITH NATO AND UNITED STATES, MEXICO, SAUDI ARABIA, INDIA, MOROCCO VIOLATING GENERAL COMMERCIAL AIRLINES WITH STOLEN PROPERTY AND DOCTORING FRAUDS AND ILLEGAL RESEARCH STOLEN WEAPONS STOLEN SHIP SUCH AS 911 BUILDING BOMBING AND PENTAGON BY SOLICITOR [illegible] [illegible] DALLAS AND DR HAMSHOLD DR DANIELS DR CHIN NAVY DOCTORS DR TAYLOR PC AND DR MATTERS PC DR HAWKINS DDS, DR WILLIAMS DDS, DR. GARCIA DDS, DR SALCEDO AND WOODSIDE PRODUCERS REAL MANAGEMENT DR HARGRAVE DO DR GREENWOOD DO DR GULICK DO, PRICE WATERHOUSE COOPER CPA PAVLUS POLITELY MORRISON CPA, ACTORS GUILD, TEAMSTERS, CALIFORNIA WITH SODIUM BRIMACOL STOLEN FROM NAVY VECTOR CONTROL AND PATIENTS NEED SODIUM BRIMACOL AND SOLER VISA CARD

1  [illegible handwritten text]
2  [illegible handwritten text]
3  [illegible handwritten text]
4  [illegible handwritten text]
5  [illegible handwritten text]
6  [illegible handwritten text]
7  [illegible handwritten text]
8  [illegible handwritten text]
9  [illegible handwritten text]
10 [illegible handwritten text]
11 [illegible handwritten text]
12 [illegible handwritten text]
13 [illegible handwritten text]
14 [illegible handwritten text]
15 [illegible handwritten text]
16 [illegible handwritten text]
17 [illegible handwritten text]
18 [illegible handwritten text]
19 [illegible handwritten text]
20 [illegible handwritten text]
21 [illegible handwritten text]
22 [illegible handwritten text]
23 [illegible handwritten text]
24 [illegible handwritten text]
25 [illegible handwritten text]
26 [illegible handwritten text]
27 [illegible handwritten text]
28 [illegible handwritten text]

(4)

MRS LOUIS T. RECHT
DR. CRAIG RECHT PC
GEN DEL
SEATTLE WA 98101

CONFIDENTIAL

UNITED STATES DIST COURT APPEALS
SUPREME COURT
GENEVA CONVENTIONS COURT

MRS LOUIS T. RECHT
DR. CRAIG RECHT PC
TIMOTHY HERT
ANASISES
ANOTHER MAN WHO WORKED FICTIOUSLY WITH CIA/FBI NAVY ARMY CIA
REMAINS OF DOCTOR LOUIS T. RECHT MD SS FBI
PLAINTIFF

V

RISK MANAGEMENT
DEFENDANTS

CASE NO C07-02668 SL

COMPLAINT RULE 26 (F)
W/ APPEALS RELIEF REPORT
STOLEN SAFE
STOLEN DOCTINES
IMMIGRANTS AND
ASYLUM PATIENTS
HOLDING HOSTAGES
WITH STOLEN DOCTINES
WITH STOLEN NAVY
SODIUM PENATOL
BY CEO'S, AGENTS
ASYLUM DOCTORS AND
POSSED FEDERAL, STATE
COUNTY EMPLOYEES
AND MR. PRESIDENTS BUSH'S
MR CLINTON, MRS CLINTON
SENATORS KENNEDY, CALHOUN
CONGRESSMAN PEDOSIO
MR CARTY, BIZWELL
REFITE STOLEN AMOUNT PLUS LOSS OF INCOME PLUS INTEREST

DR. CRAIG RECHT PC AND ASSOCIATES AND MRS LOUIS T. RECHT ARE ASKING APPEALS FOR CASE IN FORGERY, TREASON, FINANCIAL AND PHYSICAL CRIMES OF TORTURING NURSING MURDERS IN CONTEMPT BY UNITED STATES NATO LEADERS AND ASYLUM PATIENTS PRODUCERS, ACTORS, CONTRACTORS, PATIENTS AND INSANE ASYLUM DOCTORS STOLEN RESEARCH AND PERSONAL DOCTRINES BY CHEF'S PRIVATE BANKING LYNN FULLER IN DE NOVA WELLS FARGO DICK KOVACH.

DATE July 17 2007

Dr Craig Recht PC Navy

Dr. Craig Recht PC - Navy
Mrs Louis T. Recht
Timothy Hert
Anasises - Army
Another ...

MRS LOUIS T. RECHT
DR CRAIG RECHT PC, NAVY IN FORMA PAUPERIS NAVY RESEARCHER FOR ARPA
TIMOTHY HERT
ANALYSES
ANOTHER MAN WHO WORKED THRU ARMY
REMAINS OF DOCTOR LOUIS T. RECHT PC
BOILED HELD HOSTAGE BY ASYLUM PROGRAM

UNITED STATES COURT DISTRICT

DR. CRAIG RECHT PC, FORMA PAUPERIS
MRS LOUIS T. RECHT
TIMOTHY HERT
ANALYSES
ANOTHER MAN WHO WORKED THRU ARMY CAMERA EYE
REMAINS OF DOCTOR LOUIS T. RECHT MD NAVY
PLAINTIFF

V

RISK MANAGEMENT
DEFENDANT

CASE NO 07 02668 SBA
FEE WAIVERS
DUE TO WAR
STOLEN SAFE
STOLEN DOCTRINES
BELONGING TO
DR. CRAIG RECHT PC
MRS LOUIS T. RECHT
537436088
QUEEN OF ENGLAND
UNDER THE MAYFLOWER
DOCTRINES
U.S. HAS NAVY
ARMY AND WIFES
HELD HOSTAGE AND
SOCIAL SECURITY
DECLARING WAR WITH
STOLEN SAFE

DEMANDING HEARINGS AND FEE WAIVER FOR JURY COPIES AND DEPOSITIONS AND TRIALS. FORGERY AND NARCOTICS HEROIN OPIUMS CRACK WITH CARLOS BIO TERRORISM THE WARREN/CA-DOCTRINES FRAUDS AND ASSINATIONS THRU CHOP PRIVATE BANKS-THRU LYNN FULLER HEARTLAND FINICAL INC SINCE 1980 THRU MEDICAL MONEY AND PERSONAL ACCOUNT, DOCTRINE SUSAN LYNN RECHT 537-436087 MAIDEN NAME SUSAN LYNN MILLS

DATE: JULY 25, 2007 DR. CRAIG RECHT PC NAVY Dr Craig Recht PC
IN FORMA PAUPERIS / RESEARCHER / FDA APPROVALS / DOCTOR Dr Craig Recht PC
MRS LOUIS T. RECHT Mrs Louis T. Recht
TIMOTHY HERT Timothy Hert
ANALYSES ARMY ANALYSIS
ANOTHER MAN WHO WORKED THRU ARMY CIA/FBI/CALIFORNIA CAMERA EYE SB
REMAINS OF DOCTOR LOUIS T. RECHT MD NAVY

Dr. Craig Recht Pc Navy
Mrs Louis T. Recht
[illegible]
Seattle Washington 98[illegible]

[illegible]

UNITED STATES DISTRICT COURT

Dr. Craig Recht Pc,
Mrs Louis T Recht
Timothy Hoey
[illegible]
Another man who worked thru Army [illegible] coworker of [illegible]
Remains of Doctor Louis T Recht and
Plaintiff

V

Risk Management
Defendant

Motion 07 02668 SC
Case No 07-02668
Court order to Marshall in Evidence Which Doctor Louis T Recht and the gift and stolen state by [illegible] and [illegible] Lake Tahoe Judge [illegible] [illegible] Clerk
Clyde Tompkins

Discovery Plan to Marshall in Evidence from Nevada Lake Tahoe Judges San Diego [illegible] East County Judge [illegible] Court orders to Close Accounts [illegible] Bank [illegible]

United States Doctors Senators, Congressmen and Councilmen and Mayors have stolen state and Doctors with 444. Forgery and Murders Nursing and Assault of White Men and Women since January 6, 2001 by Clyde Tompkins and Asylum [illegible] Lead by Navy and Army Doctors and Judges and Clerk. Lead by Bill and Hillary Clinton, Senator Kennedy and Caroline Kennedy [illegible] his wife Mayor Gavin and wife [illegible] Doctor Reporters, [illegible]

Date Aug 1 2007 Mrs Louis T. Recht [illegible]
Dr. Craig Recht Pc Navy - Doctor - Researcher [illegible]
Timothy Hoey
[illegible]
*Dr Craig Recht Pc Navy*
Another man who worked with Army [illegible] coworker of Remains of Doctor Louis T. Recht and Navy

MRS LOUIS T. RECHT
~~101 HYDE ST. CONCERN~~ CONCERN CONFIDENTIAL DELIVERY
~~SAN FRANCISCO CA~~ SEATTLE WA 98101
BEING HELD HOSTAGE
WITHOUT PHONE
BY WARLA & WILLS AND
FAMILIES AND STOLEN
DOCTRINE BELONGING TO ALL SUSAN L. RECHT [illegible]
AND FORMA AND SWISS GRANTS STOLEN ESTATE OF GIFT OF DR. LOUIST. RECHT [illegible]

RECEIVED
2006 NOV 22 P 3:25
[illegible] DISTRICT COURT

UNITED STATES DISTRICT COURT APPEALS
SUPREME COURT
SWITZERLAND SUPREME COURT

MRS LOUIS T. RECHT
DR LOUIS T. RECHT MD REMAINS
DR CRAIG RECHT PC
TIMOTHY HORT
ANALYSES
ANOTHER MAN WHO WORKED
FICTIOUSLY THRU CIA/FBI AGENCY
AND CALWORKS, SOCIAL SECURITY
PLAINTIFFS
V.

RISK MANAGEMENT
UNITED STATES
SWITZERLAND
DEFENDANTS

CASE NO
DEMANDED DOTI EMERGENCY RESCUES
PAST CASES NO.
UNITED STATES DISTRICT COURT | CRIMINAL ALIENS HOLDING HOSTAGES SINCE 1/6/01
06 04919 WHC
0604980 CRB
0604981 WES
DEMANDING GENEVA CONVENTION [illegible]
HEARINGS AGAINST
UNITED STATES/
SWITZERLAND FEDERAL GOVT.
HOMELAND FINANCIAL INC
VISA CARD
AMERICAN EXPRESS
U.S. POSTAL
U.S. CIA/FBI AGENCY
ACTORS GUILD
NON PROFIT
PROFIT CEO'S AGENTS
SECRET SERVICE
SURGEON GENERAL
BOZWELL BOARD MEDI BOARD
MONOPOLIES
CLEARING HOUSE SWEEPSTAKES
CASINO'S
MOTIONS TO STRIKE
MILITARY SWAT ALIEN
REMAINS NEEDED BY
SWITZERLAND
QUEEN OF ENGLAND
SENATOR KENNEDY AND
SENATOR MC CAINE
*ADDRESS CHANGE TO
SAN FRANSICO CONDEL
FOR PLAINTIFFS

DEMANDING SWITZERLAND FUND AN PLANET WIDE VECTOR CONTROL AND AIRFORCE [illegible] AN ALIEN #104 INTAKE AND SURRENDER CARDS AND FINGER PRINT ERIGHT DIDGET AND INSTALL SCANNERS AND GO FEDERAL GOVERNMENT MILITARY NO CEO'S AGENTS.

11/20/06 MRS LOUIS T. RECHT [signature]
7/18/07 DR. CRAIG RECHT PC [signature] Dr Craig Recht PC [illegible]
7/18/07 MRS LOUIS T. RECHT [signature]

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] MRS LOUIS T. RECHT | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* MRS LOUIS T RECHT | TITLE SOL PROPRIETOR |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: SERVED THRU US MAIL SERVICE

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: US. MAIL SERVICE

☐ Returned unexecuted:

☒ Other (specify): MAILED THRU THE UNITED STATES POSTAL SERVICE DUE TO DR. DAVID HALSEY MD DECLARING WAR AGAINST DOCTORS RESEARCHERS WHITES CIVILIANS, NO CHRISTIANS, ANIMALS, WILD LIFE SCOPE BY: THE WIFE OF NAVY DOCTOR MRS LOUIS T RECHT

## STATEMENT OF SERVICE FEES

| TRAVEL PLUS THE SCOPE | SERVICES SCOPE INVESTIGATION SERVICE OF | TOTAL DOCTORS UNLIMITED |
|---|---|---|

## DECLARATION OF SERVER DOCUMENTS EXPERT WITNESS

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on Aug 3, 2007
Date

Mrs Louis T. Recht Mrs Louis T Recht
*Signature of Server*

GENERAL DELIVERY
SEATTLE WASHINGTON 98101
*Address of Server*

As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_______________ District of _______________

MRS LOUIS T. RECHT
DR. CARLO RECHT PC
TIMOTHY HOLT
ALIASES
ANOTHER MAN WORKING THEM DEPUTY/NAVY CIA/FBI
REMAINS OF DOCTOR LOUIS T. RECHT MD

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C07-02668 JL

RISK MANAGEMENT
TO: (Name and address of Defendant)

MRS RICE
SECRETARY OF STATE
WASHINGTON DC
WHITE HOUSE
MR. PRESIDENT BUSH

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

MRS LOUIS T. RECHT
GENERAL DELIVERY
WASHINGTON DC 98101

SERVICE BY PLAINTIFF DUE TO WAR
DOCTRINE FOREIGN

n answer to the complaint which is served on you with this summons, within _______________ days after service f this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you or the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_______________
LERK

_______________
DATE

_______________
) DEPUTY CLERK

Defendant's Name, Address and Phone Number:

SWITZERLAND CHANCLOR MORITZ BANK ROBBERY FORGERY 499. CAUSE OF ACTION ACCRUAL

(If you have more defendants, list them using the same outline on another piece of paper. Attach additional sheets, if necessary.)

**Jurisdiction:**
(Reason your case is being filed in federal court)

UNITED STATES OF AMERICA

LANDSCAPE GRID

RECREATIONAL GRID

**Statement of Claim:**
(State here as briefly as possible the facts of your case.)

SINCE 1960 UNITED STATES LYNN FULLER CEO AGENT FOR ARIZONA BANK IN DENORTHERLAND FINANCIAL INC ITS ILLEGAL FOR LYNN FULLER TO USE DOCTRINES WITH FORGERY 499. CAUSE OF ACTION ACCRUAL CHANGING SIGNERS OF ACCOUNT BELONGING TO ONLY SUSAN LYNN BEATTY 527-43-[illegible] SINCE WARREN BEATTY KILLED MR. PRESIDENT KENNEDY WITH DOUGLAS HANSEN, RON WOOD, SHIELA WOOD AND SHERRI HERRY, THERESA WOOD VOODOO PARTY AND SON OF SHIRLEY WOOD JOHN STEVENS VALORIE STEVENS WITH FORGERY AND NEW YEARS PARTY WITH MARCIA Y MILLS AND JOHN H. MILLS JR PLOTTING ASSASINATIONS SINCE NEW YEARS 1963, WITH DOCTRINE FORGERY, NO CPA'S

**Statement of Claim**
(continued):

DOCTRINE BELONGS TO ONLY SUSAN LYNN
RECHT 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 DOCTOR LOUIS T. RECHT MD
AND DR CRAIG RECHT PC TIMOTHY HEERT AND
ANASISTS AND ANOTHER MAN WORKING FICTIOUSLY
THRU CIA/FBI ARMY NAVY TRYED TO GET
DOCTRINES STOLEN FROM SUSAN LYNN RECHT
BACK 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 AND THEY KILLED DOCTOR
LOUIS T. RECHT MD IN UHHAUL STORAGE SHED
ON 2/2/03 AND PRESIDENT CLINTON DECLARED
WAR AND SENATOR KENNEDY SENATOR HILLARY
CLINTON, BUSH JR, BUSH SR, CARTER, KELLEN, AND
CHANGES AND CHEFS PRIVATE BANKING CHENT
CHACE BANK, WASHINGTON, MUTUAL CEO'S AND
WELLS FARGO BANK AND DICK KNIGHT CEO, SUSAN
DECLARED WAR KILLING INOCENT CIVILIANS
AND FORING THEM TO LINE UP DAYLT AND
DO NARROTICS AND PLAY STREET DRUG DEALER
WITH STOLEN DOCTRINE'S FOR MEDICAL/NASA
RESEARCH FROM THE MAYFLOWER EXPIDITION LEADING
BACK TO PILGRAMS FROM ENGLAND MRS LOUIS T.
RECHT WAS PICKED AT BIRTH FOR A DOCTRINE
UNITED STATES PRESIDENTS SENATORS CONGRESSMEN
AND CONGRESS, MAYORS REFUSED TO GIVE DOCTRINES

**Relief:**

(State briefly exactly what you want the court to do for you)

STOLEN FROM SAFE AND WILL OF DOCTOR LOUIS T. RECHT AND BOOK DR. CARL RECHT PC AND TIMOTHY HART AND ALIASES AND ANOTHER MAN ARE BEING HELD HOSTAGE AND BEATEN BY ASYLUM PATIENTS LEAD BY CAROLYN KENNEDY CHARLOT DAUGHTER AND PRESIDENTS, SENATORS CONGRESSMEN, BE BEING WHITE AMERICAN'S AND PRACTICING MEDICINE WITH STOLEN DOCTRINES WITH FORGED AND ASSUME OF CHILDREN, ANIMALS BY BILL CLINTON HILLARY CLINTON AND INSTRUMENTALITY WITH WAND FORGE 3 SKULL FRACTURES AND DEAD PEOPLE INSIDE USING ASYLUM PATIENT PATIENTS MOTHERS KILLING CHILDREN AND FAMILY MEMBERS ROSEMARIE CYBLES CANNABLES DEAD PEOPLE INSIDE OF ANOTHER 5150 CANNABLES

**Jury Demand:**

(Optional)

DEMANDING QUEEN OF ENGLAND BE JUDGE OF QUEEN OF ENGLAND ELIZABETH II

6/27/07

Date

[illegible signature]

Signature of Plaintiff

**Relief:**
(State briefly exactly what you want the court to do for you)

STOLEN FROM SAFE AND WILL OF DOCTOR LOUIS T. RECHT AND BACK DR. CRAIG RECHT PC AND TIMOTHY HERT AND ANASIFES AND ANOTHER WHO ARE BEING HELD HOUSTAGE AND BEATEN BY ASYLUM PATIENTS LEAD BY CAROLYN KENNEDY CHARLOTT DAUGHTER AND PRESIDENTS, SENATORS CONGRESSMEN, BE BEING WHILE AMERICA'S AND PRACTICING HEALTH WITH STOLEN DOCTRINES WITH FORGED AND ASSUME OF CHILDREN, ANIMALS BY BILL CLINTON HILLARY CLINTON AND INSTRUMENTALITY WITH WAND FORCE 3 SKULL FRACTURES AND DEAD PEOPLE INSIDE USING ASYLUM PATIENT PATIENTS MOTHERS KILLING CHILDREN AND FAMILY HUMANOIDS ROBOTIC CYBLES CANABLES DEAD PEOPLE INSIDE OF ANOTHER 5150 CANABLES

**Jury Demand:**
(Optional)

DEMANDING QUEEN OF ENGLAND BE JUDGE OF QUEEN OF ENGLAND ELIZABETH II

8/5/07
6/27/07
Date

Dr Craig Recht PC [illegible]
[illegible]
[illegible]
Signature of Plaintiff

MRS LOUIS T RECHT
GENERAL DELIVERY
~~P.O. BOX 192497~~
~~SAN FRANCISCO CA 94119~~ SEVERNA 2011
CONFIDENTIAL

BEING HELD HOSTAGE BY WARDROBE MILLS AND FAMILIES DRUG CARTELS LIED AGENTS GOVERNERS AND MAYORS THAT ARE MOBSTERS AND MOLESTERS HANGING ON BOOK TIPS BY CIA/FBI DOCTORS AND AGENTS ACTORS PRODUCERS KILLING DOCTORS CIVILIANS POLICE, FREMONT SECRET SERVICE SINCE 1960'S AND 1/6/01 DECLARED WAR NO ASYLUMS IN UNITED STATES BY CLINTON, BUSH, CARTER, KISSINGER ADMS

DEMANDING A GENERAL CONG. HEARING PRESIDENT AND GOVERNORS, PRODUCERS ACTORS HOLDING HOSTAGES WITH STOLEN DOCTRINES VISA CARD TERRORIST WITCHCRAFT VOODOO WHITESLAVERY

TO: PRESIDENT OF SWITZERLAND

QUEEN OF ENGLAND, PRINCE CHARLES LADY CAMILLA

SENATOR KENNEDY

SENATOR MCCAIN

PRESIDENT OF GERMANY

DEMANDING APPT IN SAN FRANCISCO CA MAYOR GAVIN AND ARNOLD SWARTZNEGGER AND MR PRESIDENT CLINTON AND SENATOR HILLARY CLINTON AND PRESIDENT BUSH JR AND LAURA BUSH ARE HOLDING HOSTAGE WITH STOLEN DOCTRINE BELONGING TO SUSAN LYNN RECHT 537 436288 ARIZONA BANK BIODENOVA HORIZONS ENICOL INC LYNN FULLERS CEO AND VISA CARD RODRIQUES CEO HAVE BEEN DOING BANK FRAUDS ROBBERIES BY WARREN PRODUCTIONS AND ARE WRITTING OUT CHECKS AND VISA CARDS TO TERRORIST TO DECLARE WAR AND EAT PEOPLE DEMANDING THE ESTATE OF DOCTOR LOUIS T. RECHT AND BE GIVEN TO MRS LOUIS T RECHT MR CLINTON AND SENATOR HILLARY CLINTON DECLARE WAR WITH STOLEN SPACE BELONGING TO MRS LOUIS T RECHT AFTER KILLING HER HUSBAND DR. LOUIS T RECHT MD AND ALLEVIATING OF CIVILIANS WRONGFULLY SINCE 1/6/01 MRS LOUIS T RECHT

TGO Louis T Recht

TGO Louis T Recht
11/27/06

Police Civil Liability
1.1 Action Against Federal Employee - Notice of Removal
1.2
1.4 Complaint in FTCA Action Alleging Failure to Protect Prisoner
1.9 Complaint for Invasion of Privacy

# MATERIALS ON ARREST, DETENTION, SEARCH & SEIZURE, & POLICE MISCONDUCT

1.12 Form [illegible] Denial that [illegible] was designed to protect class of plaintiff

Adams, James A., *Prosecutor's Manual for Arrest, Search, and Seizure, Second* ed., Lexis/Nexis, 2004. KF9625 .A93 2004.

Avery, Michael, David Rudovsky, Karen Blum, *Police Misconduct Law and Litigation*, 3rd ed., Thomson/West, 2006. KF 1307 .A98.

4.7 Complaint False Arrest

Westlaw database identifier:

5.2 Wrongful Death

8.5 Complaint for Damages Arising From a Warrantless Arrest Pursuant to a False Tip

Police Misconduct: Law and Litigation (POLICEMISC)

Fisanick, Christian A., *Vehicle Search Law Deskbook*, 2006 ed., Thomson/West 2006. KF 9630 .V45

8.6 False Arrest

Westlaw database identifier:

Vehicle Search Law Deskbook (VEHSRCH)

Greenhalgh, William W., *The Fourth Amendment Handbook: A Chronology Survey of Supreme Court Decisions*, 2nd ed., American Bar Association Criminal Justice Section, 2003. KF 9630 .Z9 G68 2002.

Hall, John Wesley, Jr., *Search and Seizure*, 3rd ed., Lexis Law Publishing, 2000. KF 9630 .H36 2000.

Lexis library: (File name: S&SEIZ)

LaFave, Wayne R., *Search and Seizure: A Treatise on the Fourth Amendment*, 4th ed., Thomson/West, 2004. KF9630 .L26 2004.

4.1 Complaint in Action for False Imprisonment

Westlaw database identifier:

2.5 Complaint in Action Alleging Improper Child Abuse Investigation

Search and Seizure: A Treatise on the Fourth Amendment (SEARCHSZR)

Roll, John M., *Ninth Circuit Judges Benchbook on Pretrial Criminal Proceedings*, 2004. KF 9645 .R64 2004 (NAK)

1.13 Complaint in Action Against Police for Negligence in Directing Traffic

http://www.circ9.dcn/benchbook

Evidence of Co-Conspirator Witness: Plea Negotiations in Other Cases in Same Federal District Not "Presented" by Prosecutor and Defendants Were Equally Able to Obtain [illegible] United States v. [illegible]

*(over)*

CA 5 TEX 2004 LAW OF DOCTRINE PRECLUDED THE COURT OF APPEALS FROM RECONSIDERING ON APPEAL AFTER REMAND, DEFENDANT'S ARGUMENTS, CHALLENGING DRUG QUANTITIES ATTRIBUTED TO HIM FOR SENTENCING PURPOSE WHERE COURT OF APPEALS PREVIOUSLY DECIDED THOSE ISSUES IN ORIGINAL APPEAL, AND DEFENDANT FAILED TO SHOW THAT THOSE DECISIONS IN ORIGINAL APPEAL WERE CLEARLY ERRONEOUS OR THAT OTHER EXCEPTIONS TO THE LAW OF THE CASE DOCTRINE APPLIED

U.S. V WARD 112 FED APPX 969, CERTIORARI DENIED 125 S. CT 2542, 162 L ED 2d 277 REHEARING DENIED, REHEARING DENIED 125 S. Ct 26, 162, L Ed 2d 924

DEFENDANT WAS PRECLUDED FROM CHALLENGING HIS CONVICTION FOR POSSESSION OF METHAMPHETAMINE WITH INTENT TO DISTRIBUTE ON THE MANDATORY MINIMUM 10-YEAR PRISON SENTENCE THAT WAS IMPOSED FOR THAT OFFENSE, ON APPEAL REMAND, WHERE HE FAILED TO CHALLENGE THE CONVICTION IN HIS ORIGINAL APPEAL Id

DISPENSING WITHOUT A PHARMACEUTICAL CO AND STEERING NON LATIN PRESCRIPTIONS

CASE HAD TO BE REMANDED FOR DISTRICT COURT TO DISTRICT COURT TO MAKE REQUIRED FACTUAL FINDING, WITH RESPECT TO DRUG TYPES AND QUANTITIES ATTRIBUTABLE TO DEFENDANT, WHERE DISTRICT COURT IN SENTENCING DEFENDANT ON DRUG CONSPIRACY OFFENSE DID NOT SPECIFY EXACT QUANTITY OR IDENTITY OF DRUGS INVOLVED, OR HOW IT CAME TO CONCLUSION AS TO APPROPRIATE BASE OFFENCE LEVEL U.S. V ANGLE 254 F 3d 514 CERTIORARI DENIED PHIFER V U.S. 122 S. CT 309, 534 U.S. 937, 151, L ED 2d 230

CA 8 ND 2005

AT SENTENCING FOLLOWING CONVICTIONS FOR EMBEZZLEMENT AND THEFT FROM INDIAN ORGANIZATION (ITO) AND THEFT FROM PROGRAMS RECEIVING FEDERAL FUNDS, DEFENDANT HAVING PRESERVED AN OBJECTION TO DISTRICT COURT'S LOSS CALCULATION AND TO TWO LEVEL ENHANCEMENT FOR ABUSING A POSITION OF TRUST, WAS ENTITLED TO A NEW SENTENCING PROCEEDING ON REMAND, IN ACCORDANCE WITH UNITED STATES V BOOKERS HOLDINGS THAT FEDERAL SENTENCING GUIDELINES WERE SUBJECT TO SIXTH AMENDMENT JURY TRIAL REQUIREMENT, AND THAT GUIDELINES WERE NO LONGER MANDATORY U.S.C.A. CONST. AMEND 6; 18 U.S.C.A. §§ 666, 1163 USSG §§ 2 B1.1(b)(1)(E), 3 B1.3; 18 U.S.C.A. - US. V MORIN 125 FED APPX 90, REHEARING AND REHEARING DENIED

CA 8 (ND) 2005

RESENTENING WAS REQUIRED IN PROSECUTION ON MULTIPLE WEAPONS CHARGES, WHERE DISTRICT COURT PLAINLY ERRED IN IMPOSING SENTENCE UNDER A MANDATORY SENTENCING GUIDELINE SCHEME; ERROR AFFECTED DEFENDANT'S SUBSTANIAL RIGHTS RESENTENCING UNDER BOOKER DEFERRING UNDER REPUTATION OF JUDICIAL PROCEEDINGS U.S.C.A. CONST. AMEND 6 - U.S. V BACKER 419 F 3d 882

CA 5 TEX 2004 UNDER THE "LAW OF THE CASE DOCTINE" ORDINARILY AN ISSUE OF FACT OR LAW DECIDED ON APPEAL MAY NOT BE RE EXAMINED EITHER BY LAW OR FACT ISSUES ON APPEAL MAY NOT BE REEXAMINED EITHER BY THE COURT ON A SUBSEQUENT APPEAL U.S. V SIANINA 359 F 3d 356 REHEARING DENIED AND DENIED 99 FED APPX 564, CERTIORARI DENIED 125, S. CT 233 ...

EDVA 2005
KIDNAPPING AND MURDER CASE
THAT TESTIMONY OF WITNESS EXCEPTION APPLICABLE WHEN DEFENDANT CONDUCT MADE OBJECTIONAL NON HEARSAY OBJECTION DECLARANT UNAVAILABLE TO TESTIFY AT TRIAL AFFIRMED ON APPEAL, WAS NOT LAW OF CASE REQUIRED TO BE FOLLOWED DURING NEW TRIAL APPELLATE INTERPRETATION WAS INVALIDATED BY LATE COURT OF APPEALS OPINION FEDERAL RULE EVIDENCE RULE 804. (b) (6) 28 USCA / US v LENTZ 384 F Supp. 2d934

RULING BY JUDGE IN FIRST TRIAL OF HUSBAND FOR KIDNAPPING AND MURDERING WIFE, DECLARING INADMISSIBLE ON RELEVANCY GROUNDS TESTIMONY OF GIRLFRIEND THAT HUSBAND HAD BEHAVED STRANGELY AND WAS CAPABLE OF LIFTING HER, WAS LAW OF CASE DESPITE CLAIM THAT IT IMPEACHED EVIDENCE OF HUSBAND THAT SHOULDER INJURY PRECLUDED HIM FROM LIFTING OF WIFE
FEDERAL RULES OF EVIDENCE RULE 403; 28 USCA ID
DETERMINATION OF PRIOR JUDGE IN FIRST TRIAL OF DEFENDANT HUSBAND CHARGED WITH KIDNAPPING AND MURDER WIFE, THAT PREJUDICIAL IMPACT OF EVIDENCE THAT HE TOOK DOWN MISSING PERSON POSTERS OF WIFE OUTWEIGHED PROBATIVE VALUE OF EVIDENCE VALUE ASSERTING KNOWLEDGE OF GUILT WAS LAW OF CASE FOR SECOND TRIAL
FEDERAL RULES EVID RULES 401, 403, 28 USCA ID

FINE SUR DONE [ LAW FRENCH ]
FINE UPON GIFT GRANT AND RENDER
A DOUBLE CONVEYANCE, CONSISTING OF FINE SUR COGNIZANCE DE DROIT COME CEO QUE IL AD DE SON DONE AND A FINE SUR CONCESSIT
(USED TO CONVEY PARTICULAR LIMITATION OF ESTATES)
FOR EXAMPLE AFTER ACKNOWLEDGMENT OF THE COGNIZEE'S RIGHT IN THE LAND THE COGNIZEE WOULD GRANT BACK TO THE COGNIZOR OR A THIRD PARTY SOME OTHER ESTATE IN THE LAND

FINE

LEX TALIONIS [LATIN]
THE LAW OF RETALIATION - UNDER WHICH PUNISHMENT SHOULD BE KIND.

EYE FOR AN EYE; JUS TALIONIS; PRINCIPLE OF RETRIBUTION

LEX TALIONIS - THINE EYE SHALL NOT PITY; BUT LIFE SHALL GO FOR LIFE, EYE FOR EYE, TOOTH FOR TOOTH, HAND FOR HAND FOOT FOR FOOT DEUTERONOMY XIX 21
NO SUCH PRINCIPLE, INDEED, IS CAPABLE OF LITERAL INTERPRETATION; BUT SUBJECT TO METAPHORICAL AND SYMBOLICAL APPLICATION; IT IS IN KANT'S VIEW THE COMMENDABLE OF THE IDEAL SCHEME OF CRIMINAL JUSTICE "
JOHN SALMOND JURISPRUDENCE 118
(GLANVILLE L. WILLIAMS ED. 10TH ed 1947)

BUT IF THE FORM OF LEX TALIONIS, AN EYE FOR AN EYE OR A TOOTH FOR A TOOTH, SOUNDS TOO BARBARIC TODAY, MAY WE NOT REFORMULATE THE RETRIBUTIVE THEORY AND PUT IT THUS: EVERYONE IS TO BE PUNISHED ALIKE IN PROPORTION TO THE GRAVITY OF HIS OFFENSE OR TO THE EXTENT TO WHICH HE HAS MADE OTHERS SUFFER?
MORRIS R. COHEN REASON AND LAW 53 (1961)
LEX TORRAE [LATIN]
LAW OF THE LAND

LEX VALIDITATIS [LATIN]
CONFLICT OF LAWS
THE PRESUMPTION OF VALIDITY
GIVEN TO MARRIAGES, CONTRACTS AND OTHER MATTERS

LAW OF THE CASE (TRIAL)
RES JUDICATA
STARE DECISIS
LAW OF THINGS
THE LAW PERTAINING TO THINGS; THE LAW IS DETERMINED BY CHANGES IN THE NATURE OF THINGS
JUS RERUM
(SEE JUS RERUM)
LAWS OF WAR
GENEVA CONVENTION

LEX POMPEIA DE PARRICIDIIS [LATIN]
ROMAN LAW A LAW PUNISHING A PERSON FOR CAUSING THE DEATH OF HIS OR HER OWN SPECIFIED RELATIVE SUCH AS SISTER, BROTHER HUSBAND WIFE DAUGHTER SON
• THE OFFENDER WAS KILLED BY BEING SEWN UP IN A SACK WITH A DOG, A ROOSTER, A POISONOUS SNAKE, AND A MONKEY AND THEN THROWN INTO RIVER

LEX POETELIA [LATIN] ROMAN LAW
A LAW ABOLISHING A CREDITOR'S RIGHT TO TREAT HIS DEBTOR INHUMANELY AS BY BEATING OR FETTERING THE DEBTOR

LEX PLAETORIA [LATIN] ROMAN LAW
A LAW PROTECTING MINORS AGAINST FRAUDS AND PERMITTING THEM TO APPLY FOR A GUARDIAN

LEX PETRONIA [LATIN] ROMAN LAW
A LAW FORBIDDING MASTERS FROM PLACING THEIR SLAVES WITH WILD BEAST IN SPORTING CONTEST WITHOUT APPROPRIATE PERMISSION FROM A MAGISTRATE

LEX PATRIAE [LATIN]
NATIONAL LAW: THE LAW OF ONES COUNTRY

LEX PRIVATA [LATIN]
PRIVATE LAW • A CLAUSE IN A PRIVATE CONTRACT LEX

LEX PUBLICA [LATIN]
PUBLIC LAW

LEX REGIA [LATIN] (ROYAL LAW)
A LAW OSTENSIBLY ENACTED BY THE ROMAN PEOPLE GRANTING WIDE LEGISLATIVE AND EXECUTIVE POWERS TO THE EMPEROR
EMPERORS WILL OR PLEASURE AND THE FULL FORCE

LEX SITUS [LATIN]
THE LAW OF THE PLACE WHERE PROPERTY IS LOCATED
LEX LOCI REI SITAE RESTATEMENT (SECOND) OF CONFLICT OF LAWS §§ 222 et seq (1971)

LEX SOLUTIONIS /SEE LOCI SOLUTIONIS

SEE BORG WARNER CORP [illegible] CORP TEAMSTERS LOCAL 7
221 NLRB [illegible] 97 LRRM 1109
CA DC (1977) SUB NOM V NLRB ENF 91: 1109] 94 LRRM 3167 553:
1368 WELLS FARGO GUARD SERVICE DIV BAKER PROTECTIVE SERVICE IC
HARRIS TEETER SUPER MARKETS INC
231 NLRB 1058 1977 96 LRRM 1145
242 NLRB NO 32 (1979) 101 LRRM 1130
HARRIS TRUCK + TRAILER SALES INC MACHINIST DISTRICT 71
224 NLRB 100 (1976) 92 LRRM 1024
HARRIS V ITT CONTINENTAL BAKING CO
[DC DC (1979)] 102 LRRM 3091
WEST V SAFEWAY STORES INC
DC TEX (1977) 96 LRRM 3371
[DC TEX (1978)] 97 LRRM 3390 CA 5 (1980) RVSD: REM 99: 3390 103 LRRM 2150, 609 F 2d 145
HERTZ CORP (TEAMSTERS LOCAL 584)
[CA 2 (1976) SUB NOM NLRB V ENF 90: 1480
86: 1561] 92 LRRM, 535 F 2d 205

HERCULES BUMPERS INC
248 NLRB 1047 (1980) 104 LRRM 1056
HERCULES INC
225 NLRB 241 (1976) 93 LRRM 1092
HIGHLAND HEALTH CARE INC
DBA BECKLEY
243 NLRB NO 156 (1979) 101 LRRM 1617

KINNEY DRUGS INC
234 NLRB 783 (1978) 97 LRRM 1330
GENERAL MOTORS CORP
[CA 3 1976) SUB NOM V NLRB ENF 89: 1891]
93 LRRM 2018, 535 F 2d 1246
KINNEY SHOE CORP
251 NLRB NO 78 (1980) 105 LRRM 1193

GENERAL ELECTRIC CO V TECHNICAL ENGINEERS LOCAL 13V
CA 3 1976 REVSS 90: 2566]
91 LRRM 2471, 531 F 2d 1178
CA 3 (1976) AMENDED 91: 2471] 91 LRRM 3088
TEAMSTERS

WAREHOUSE

GENERAL DRIVERS

KENNEDY V TEAMSTERS LOCAL 612
DC CALIF (1977) 96 LRRM 2476 435 F Supp 277
KENNEDY, RICHARD SEE LEWIS AKA RICHARD KENNEDY V
GREYHOUND LINES EAST
GENERAL CONTRACTORS ASSN OF NEW YORK INC
TEAMSTERS LOCAL 282
233 NLRB 571 (1977) 97 LRRM 1271
236 NLRB 1009 (1978) 98 LRRM 1461
KENNEDY V METROPOLITAN SUBURBAN BUS AUTHORITY
DC NY (1979) 102 LRRM 2222

MRS. LOUIS T. PECHT
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
MAIDEN NAME SUSAN LYNN MILLS
GENERAL DELIVERY
SEATTLE WASHINGTON 98101
IN FORMA PAUPERIS ON BEHALF OF
MRS LOUIS T. PECHT

CONFIDENTIAL

TO: HEARTLAND FINANCIAL INC LYNN FULLER CEO

RE: STOLEN DOCTRINES BY ASYLUM PATIENTS WARREN [illegible] DOCTORS SENATORS KENNEDY, CLINTON, MR. BUSH, NAVY, ARMY NATO LEADERS MEXICO, SAUDIA ARABIA, MOROCCO CANADA, JAMICA, SCOTLAND, PAKISTAN

DONALDSON DOCTRINE ACCOUNT BE CLOSED AND REISSUED TO QUEEN ELIZABETH II, PRINCE CHARLES, LADY CAMILLIA, PRINCE WILLIAM, PRINCE HARRY I, MRS LOUIS T. PECHT AM SIGNING OVER POWER OF ATTORNEY TO ENGLAND ROYALITY ONLY NO ASYLUM PATIENTS TO BE ALLOWED TO USE MY PERSONAL HUMAN NON POSSED IDENITY. MARCY MILLS AND DOCTORS AND ASYLUM PATIENTS ARE SEVERELY POSSED AND ARE USING MY IDENITY AND STOLEN DOCTRINES BY BANK TELLERS AND BANK CEO'S AND CABLES AND ASYLUM PATIENTS TO EAT PEOPLE AND ROB TREASURY AND DOC VECTOR CONTROL NAVY ARMY AIRFORCE MARINE ROMANIANS ALIENS ROBBING TREASURY OF SWITZERLAND THRU FORGERY, COMPUTER FITTING CREDIT CARD FRAUDS THRU CHASE PRIVATE BANKING ARIZONA BANK INDENOVA HEARTLAND FINANCIAL INC, WELLS FARGO BANK CEO DICK KOVACEVICH.

DATE JULY 26 2007 MRS LOUIS T. PECHT *Mrs Louis T. Pecht* *Mrs Louis T. Pecht*
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 MAIDEN NAME
SUSAN LYNN MILLS

CJA 21 AUTHORIZATION AND VOUCHER FOR EXPERT AND OTHER SERVICES (Rev. 5/99)

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED Dr. Craig Pecht PC In Forma Pauperis | | VOUCHER NUMBER |
|---|---|---|---|
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
| 7. IN CASE/MATTER OF *(Case Name)* | 8. PAYMENT CATEGORY ☐ Felony ☐ Petty Offense ☐ Misdemeanor ☐ Other ☒ Appeal | 9. TYPE PERSON REPRESENTED ☐ Adult Defendant ☒ Appellant ☐ Juvenile Defendant ☐ Appellee ☐ Other | 10. REPRESENTATION TYPE *(See Instructions)* |

11. OFFENSE(S) CHARGED (Cite U.S Code, Title & Section) *If more than one offense, list (up to five) major offenses charged, according to severity of offense.*
499 Federal Credit Card Frauds Forgery Doctrine Murdock Reserve

## REQUEST AND AUTHORIZATION FOR EXPERT SERVICES

12. ATTORNEY'S STATEMENT

As the attorney for the person represented, who is named above, I hereby affirm that the services requested are necessary for adequate representation. I hereby request:
☐ Authorization to obtain the service. Estimated Compensation and Expenses: $ unknown OR
☐ Approval of services already obtained to be paid for by the United States pursuant to the Criminal Justice Act. *(Note: Prior authorization should be obtained for services in excess of $300, excluding expenses.)*

Signature of Attorney: Dr. Craig Pecht PC Navy Doctor FDA Appeals Date: July 31, 2007

☐ Panel Attorney ☐ Retained Attorney ☒ Pro-Se ☐ Legal Organization

ATTORNEYS NAME *(First Name, M.I., Last Name, including any suffix)*. AND MAILING ADDRESS
Dr. Craig Pecht PC In Forma Pauperis Navy
General Delivery
Seattle WA 98101

Telephone Number:

13. DESCRIPTION OF AND JUSTIFICATION FOR SERVICES (See *Instructions*)
Warrant Torcia Fat Chiefs, Judges Marshalls, Sheriff and Contractors Dealing Narcotics and Poisonings

14. TYPE OF SERVICE PROVIDER Sheriff Dept Photos Navy Hazardous Army Drugs Nursing

| | |
|---|---|
| 01 ☒ Investigator | 15 ☐ Other Medical |
| 02 ☐ Interpreter/Translator | 16 ☐ Voice/Audio Analyst |
| 03 ☐ Psychologist | 17 ☒ Hair/Fiber Expert |
| 04 ☐ Psychiatrist | 18 ☐ Computer (Hardware Software/Systems) |
| 05 ☐ Polygraph | 19 ☐ Paralegal Services |
| 06 ☐ Documents Examiner | 20 ☐ Legal Analyst/Consultant |
| 07 ☐ Fingerprint Analyst | 21 ☐ Jury Consultant |
| 08 ☒ Accountant | 22 ☐ Mitigation Specialist |
| 09 ☐ CALR (Westlaw/Lexis, etc.) | 23 ☐ Duplication Services *(See Instructions)* |
| 10 ☒ Chemist/Toxicologist | 24 ☐ Other *(Specify)* |
| 11 ☐ Ballistics | |
| 13 ☒ Weapons/Firearms/Explosive Expert | |
| 14 ☐ Pathologist/Medical Examiner | |

15. COURT ORDER Demand to Marshall in Evidence of Cameras Eyes Army Navy Hair Samples Sheriff Dept For Nursing Records

Financial eligibility of the person represented having been established to the Court's satisfaction. The authorization requested in Item 12 is hereby granted.

Signature of Presiding Judicial Officer or By Order of the Court

Date of Order Nunc Pro Tunc Date

Repayment or partial repayment ordered from the person represented for this service at time of authorization. ☐ YES ☐ NO

## CLAIM FOR SERVICES AND EXPENSES

| 16. SERVICES AND EXPENSES *(Attach itemization of services with dates)* | AMOUNT CLAIMED | FOR COURT USE ONLY: MATH/TECHNICAL ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|
| a. Compensation unknown | | | |
| b. Travel Expenses *(lodging, parking, meals, mileage, etc.)* unknown | | | |
| c. Other Expenses unknown | | | |
| **GRAND TOTALS (CLAIMED AND ADJUSTED):** | | | |

17. PAYEE'S NAME *(First Name, M.I., Last Name, including any suffix)*, AND MAILING ADDRESS
Dr. Craig Pecht PC Navy Army Camera Eyes Md Navy Sheriffs Dept Nursing Drug Dealers
Demand to Marshall in Evidence Navy, Army, Sheriff

TIN:

Telephone

CLAIMANT'S CERTIFICATION FOR PERIOD OF SERVICE 1989 TO to Date July 30, 2007

CLAIM STATUS ☒ Final Payment ☐ Interim Payment Number ☐ Supplemental Payment

I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment *(compensation or anything of value)* from any other source for these services.
Dr Craig Pecht PC Navy

Signature of Dr Craig Pecht PC Navy Date July 31st 2007

18. CERTIFICATION OF ATTORNEY I hereby certify that the services were rendered for this case.

Signature of Dr Craig Pecht PC Navy Date July 31 2007

## APPROVED FOR PAYMENT - COURT USE ONLY

| 19. TOTAL COMPENSATION | 20. TRAVEL EXPENSES | 21. OTHER EXPENSES | 22. TOTAL AMOUNT APPROVED/CERTIFIED |
|---|---|---|---|
| | | | |

23. ☐ Either the cost *(excluding expenses)* of these services does not exceed $300, or prior authorization was obtained.
☐ Prior authorization was not obtained, but in the interest of justice the Court finds that timely procurement of these necessary services could not await prior authorization, even though the cost *(excluding expenses)* exceeds $300.

Signature of Presiding Judicial Officer Date Judge/Mag. Judge Code

| 24. TOTAL COMPENSATION | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMOUNT APPROVED |
|---|---|---|---|
| | | | |

28. PAYMENT APPROVED IN EXCESS OF THE STATUTORY THRESHOLD UNDER 18 U.S.C. § 3006A(e)(3)

Signature of Chief Judge, Court of Appeals (or Delegate) Date Judge Code

HARD HOLD ACCOUNT NO'S WITH SOCIAL SECURITY MRS LOUIS T. RECHT NO. 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, NO. 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 DR. LOUIS T. RECHT MD DATE OF DEATH 2/3/03 FEMA ALL DOCTRINES U.S. DOLLARS WAR WITH DOCTRINES AND FEMA

## Notice to Terminate Joint Account HARD HOLD

Date: Aug 8, 2007 FOR SOC. NO 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 SOC. NO 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

HEADQUARTERS ... ARIZONA BANK ...
WELLS FARGO DICK KOVACEVICH CEO
VISA CARD ... RODRIGUEZ CEO AMERICAN EXPRESS, DISCOVER, ...
[name and address of creditor] CHASE PRIVATE BANKING CEO CHASE

STOLEN FEMA, RESEARCH, DOCTRINES FOR ALIEN RESEARCH AND TRANSPORTATION ...

Names on account: STOLEN DOCTRINES TWO SILENCE ACCOUNTS

Account number: AND FEMA BELONGING TO QUEEN ELIZABETH II ORIGINAL MRS LOUIS T. RECHT 537436288 DR. LOUIS T. RECHT MD 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

To Whom It May Concern:

With this letter, I am requesting that you close the account referenced above, effective immediately.

I am requesting a "hard close" of the account so that neither party to the account may incur new charges. If you do not hard close the account, please be informed that as of the date of this letter, I will not be responsible for any new charges made to this account.

If my account has an outstanding balance, you may keep the account open for billing purposes only. Nevertheless, I request that you keep the account inactive so that neither party to the account can incur new charges.

Please acknowledge receipt of this notice by signing the duplicate of this letter and returning it to me in the enclosed stamped, self-addressed envelope.

Thank you for your assistance with this matter.

Mrs Louis T. Recht   Dr Craig Recht PC FEMA PURPOSES

Signature   ON BEHALF OF

MRS LOUIS T. RECHT
DOCTOR LOUIS T. RECHT   DR LOUIS T. RECHT MD 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 DATE OF DEATH 2/3/03

Printed or typed name   ON BEHALF OF

GENERAL DELIVERY
SEATTLE WASHINGTON 98107   QUEEN ELIZABETH II

Address

DEMAND SAFE AND STOLEN DOCTRINES FEMA AND PERSONAL DOCTRINE OF MRS LOUIS T. RECHT 537436288

Home Phone

BE RETURNED TO QUEEN ELIZABETH II PRINCE CHARLES

Receipt acknowledged by:

________________ Date ________

Signature

Print...

Fery Sabouri
WELLS FARGO
Ballard
MAC P6530-011
1819 Nw Market St.
Seattle, WA 98107
206 789-8100
206 781-2012 Fax
fery.sabouri@wellsfargo.com
Wells Fargo Bank, N.A.

As of:

...Term

Brad Gabrielse
Personal Banker
WELLS FARGO
MAC P6530-011
1819 Nw Market St.
Seattle, WA 98107
206 789-8100
206 781-2012 Fax
800 869-3557 24 Hr. Customer Service
brad.gabrielse@wellsfargo.com
Wells Fargo Bank, N.A.

CASE NO. C07-02668

# Limited Power of Attorney

## (with Durable Provision)

**NOTICE: THIS IS AN IMPORTANT DOCUMENT. BEFORE SIGNING THIS DOCUMENT, YOU SHOULD KNOW THESE IMPORTANT FACTS. THE PURPOSE OF THIS POWER OF ATTORNEY IS TO GIVE THE PERSON WHOM YOU DESIGNATE (YOUR "AGENT") BROAD POWERS TO HANDLE YOUR PROPERTY, WHICH MAY INCLUDE POWERS TO PLEDGE, SELL OR OTHERWISE DISPOSE OF ANY REAL OR PERSONAL PROPERTY WITHOUT ADVANCE NOTICE TO YOU OR APPROVAL BY YOU. YOU MAY SPECIFY THAT THESE POWERS WILL EXIST EVEN AFTER YOU BECOME DISABLED, INCAPACITATED OR INCOMPETENT. THIS DOCUMENT DOES NOT AUTHORIZE ANYONE TO MAKE MEDICAL OR OTHER HEALTH CARE DECISIONS FOR YOU. IF THERE IS ANYTHING ABOUT THIS FORM THAT YOU DO NOT UNDERSTAND, YOU SHOULD ASK A LAWYER TO EXPLAIN IT TO YOU. YOU MAY REVOKE THIS POWER OF ATTORNEY IF YOU LATER WISH TO DO SO.**

**TO ALL PERSONS,** be it known, that I, MRS LOUIS T. RECHT 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, of REMAINS OF DOCTOR LOUIS T. RECHT, DR. CRAIG RECHT FC TIMOTHY HEIR REMAINS AND ANOTHER MAN WITH CAMERA ETC [illegible] as Principal, do hereby make and grant a limited and specific power of attorney to QUEEN OF ENGLAND HER MAJESTY ELIZABETH II, PRINCE CHARLES, LADY CAMILLA of PRINCE WILLIAM PRINCE HARRY KING LEADERS OF ENGLAND ONLY, and appoint and constitute said individual as my attorney-in-fact.

My named attorney-in-fact shall have full power and authority to undertake, commit and perform only the following acts on my behalf to the same extent as if I had done so personally; all with full power of substitution and revocation in the presence: (Describe specific authority) DOCTRINES FOR RESEARCH NASA, FEMA, ALLOW MEDICAL RESEARCH DOCTRINES STOLEN BY STARR FISHER AND CHER AND PRICE WATERHOUSE COOPER WARREN BUFFETT SENATOR KENNEDY MILLOD ILLEGALLY TO RESTAURANTS TO PETES PUB TACO BELL/HONOLULU T-SHIRTS LAKE TAHOE HOLDING HOSTAGES AND DECLARING WAR WITH STOLEN DOCTRINES DR. ERIC PETER FRAN KAISER DR. MARTINO DR. GERNOT D. CHICK D. HAUSER LOU DAVIS MR. BACON

The authority granted shall include such incidental acts as are reasonably required or necessary to carry out and perform the specific authorities and duties stated or contemplated herein.

My attorney-in-fact agrees to accept this appointment subject to its terms, and agrees to act and perform in said fiduciary capacity consistent with my best interests as my attorney-in-fact deems advisable, and I thereupon ratify all acts so carried out.

I agree to reimburse my attorney-in-fact all reasonable costs and expenses incurred in the fulfillment of the duties and responsibilities enumerated herein.

**Special durable provisions:**

This power of attorney shall not be affected by subsequent incapacity of the Principal. This power of attorney may be revoked by the Principal giving written notice of revocation to the attorney-in-fact, provided that any party relying in good faith upon this power of attorney shall be protected unless and until said party has either a) actual or constructive notice of revocation, or b) upon recording of said revocation in the public records where the Principal resides. Furthermore, upon a finding of incompetence by a court of appropriate jurisdiction, this Power of Attorney shall be irrevocable until such a time as said court determines that I am no longer incompetent.

**Other terms:** TURNING OVER ESTATE OF DOCTOR LOUIS T. RECHT MD 554087104 THE GIFT HEIR MRS LOUIS T. RECHT 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 DATE OF DEATH APPROX FEBRUARY SIX 2002 EL CAJON, UHAUL STORAGE SHEAD CUT UP BODY SHOOTING [illegible] VOLUNTARY ST SAN DIEGO WILL ON DISPLAY NEVADA SUPERIOR COURT JUDGE RAY JUDGE GLASSAL DECLARED WAR WITH STOLEN WILL OF DOCTOR LOUIS T. RECHT MD THE GIFT HER HEIR MRS. LOUIS T. RECHT

© 2004, Socrates Media, LLC
LF240-1 • Rev. 04/04

Signed under seal this 25 day of June, 2007.
Signed in the presence of:

Witness: Dr. Craig Recht DC Principal: OWNER

Witness: Timothy Hert

[handwritten: Assesses #1 associate man who worked fictitiously thru army navy air/FBI, social security]

State of Washington
County of King }

On June 25, 2007 before me, [signature], appeared MRS. Lois T. Recht,
personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.
WITNESS my hand and official seal.

Signature: Mrs Lois T. Recht
Mrs Lois T. Recht

Affiant_____Known_____Produced ID
Type of ID Wa. Dr. Lic
(Seal)

NOTARY PUBLIC — STATE OF WASHINGTON — COMMISSION EXPIRES

© 2004, Socrates Media, LLC
LF240-1 • Rev. 04/04

CERTIFICATION OF VITAL RECORD

"VERIFICATION BOX" (HOLD BETWEEN THUMB AND FOREFINGER, OR BREATHE ON IT. COLOR WILL CHANGE TO BLUE AND THEN RETURN.)

# STATE OF ARIZONA

ARIZONA STATE DEPARTMENT OF HEALTH
BUREAU OF VITAL STATISTICS

## CERTIFICATE OF LIVE BIRTH

BIRTH NO. 102- 60-003572

REGISTRAR'S NO. [illegible]

1. PLACE OF BIRTH
   - A. COUNTY: Maricopa
   - B. CITY OR TOWN: Phoenix — [X] IN CITY LIMITS / [ ] OUTSIDE CITY LIMITS
   - C. FULL NAME OF HOSPITAL OR INSTITUTION (IF NOT IN HOSPITAL OR INSTITUTION, GIVE STREET ADDRESS OR LOCATION): St. Joseph's Hospital
2. USUAL RESIDENCE OF MOTHER (WHERE DOES MOTHER LIVE?)
   - A. STATE: Arizona
   - B. COUNTY: Maricopa
   - C. CITY OR TOWN: Phoenix — [X] IN CITY LIMITS / [ ] OUTSIDE CITY LIMITS
   - D. STREET ADDRESS (IF RURAL, GIVE LOCATION): 1823 No. 40th St.
   - E. IS RESIDENCE ON A FARM? YES [ ] NO [ ]
3. CHILD'S NAME (TYPE OR PRINT): A. (FIRST) Susan B. (MIDDLE) Lynn C. (LAST) Mills
4. SEX: Female
5A. THIS BIRTH: SINGLE [X] TWIN [ ] TRIPLET [ ]
5B. IF TWIN OR TRIPLET (THIS CHILD): 1ST [ ] 2ND [ ] 3RD [ ]
6A. DATE OF BIRTH: (MONTH) Feb. (DAY) 16 (YEAR) 1960
6B. HOUR: 1:01 A. M

### FATHER OF CHILD

7. FULL NAME: A. (FIRST) John B. (MIDDLE) Wilbur C. (LAST) Mills, Jr.
8. COLOR OR RACE: White
9. AGE (AT TIME OF THIS BIRTH): 31
10. USUAL RESIDENCE (WHERE DOES FATHER LIVE?): Phoenix, Arizona
11. BIRTHPLACE (STATE OR FOREIGN COUNTRY): Hammond, Indiana
12A. USUAL OCCUPATION: Sheet Metal Assembler
12B. KIND OF BUSINESS OR INDUSTRY: Gabriel Engineering

### MOTHER OF CHILD

13. FULL MAIDEN NAME: A. (FIRST) Marca B. (MIDDLE) Yvonne C. (LAST) Wills
14. COLOR OR RACE: White
15. AGE (AT TIME OF THIS BIRTH): 20
16. BIRTHPLACE (STATE OR FOREIGN COUNTRY): Ravenden Springs, Ark.
17A. USUAL OCCUPATION: Housewife
17B. KIND OF BUSINESS OR INDUSTRY:
18. CHILDREN BORN TO THIS MOTHER (DO NOT INCLUDE THIS CHILD)
   - A. HOW MANY OTHER CHILDREN ARE NOW LIVING? 0
   - B. HOW MANY OTHER CHILDREN WERE BORN ALIVE BUT ARE NOW DEAD? 0
   - C. HOW MANY OTHER CHILDREN WERE STILL-BORN (BORN DEAD AFTER 20 WEEKS PREGNANCY)? 0

I CERTIFY THAT THE INFORMATION IN ITEMS 1-18 IS CORRECT TO MY BEST KNOWLEDGE — 19. PARENT'S SIGNATURE: Marca Mills

I HEREBY CERTIFY THAT I ATTENDED THE BIRTH OF THIS CHILD WHO WAS BORN ALIVE ON THE HOUR AND DATE STATED ABOVE.
20A. ATTENDANT'S SIGNATURE: [illegible signature]
20B. ATTENDANT AT BIRTH: M.D. [X] MIDWIFE [ ] D. O. [ ] OTHER (SPECIFY)
20C. ADDRESS: [illegible]
20D. DATE SIGNED: 2-19-60
21A. DATE REC'D BY LOCAL REG.: [illegible]
21B. REGISTRAR'S SIGNATURE: Beulah Johnston
22. DATE ON WHICH GIVEN NAME ADDED BY REGISTRAR

9/26/2006

Patricia Adams
PATRICIA ADAMS
ASSISTANT STATE REGISTRAR

Arizona Department of Health Services

G3576089

ANY ALTERATION OR ERASURE VOIDS THIS DOCUMENT

State of California – Health and Human Services Agency Department of Health Services

## SWORN STATEMENT

I, Susan Lynn Recht declare under penalty of perjury under the laws of the State of California,
(Applicant's Printed Name)

that I am an authorized person, as defined in California Health and Safety Code Section 103526 (c), and am eligible to receive a certified copy of the birth or death record of the following individual(s):

| Name of Person Listed on Certificate | Applicant's Relationship to Person Listed on Certificate (Must Be a Relationship Listed on Page 1 of Application) |
|---|---|
| Susan Lynn Recht | Self |
| | |
| | |
| | |

*(The remaining information must be completed in the presence of a Notary Public or Office of Vital Records staff.)*

Subscribed to this 13th (Day) day of March (Month), 2007, at Seattle (City), WA (State).

[signature] (Applicant's Signature)

***Note: If submitting your order by mail, you must have your Sworn Statement notarized using the Certificate of Acknowledgment below. The Certificate of Acknowledgment must be completed by a Notary Public. (Law enforcement and local and state governmental agencies are exempt from the notary requirement.)***

---

## CERTIFICATE OF ACKNOWLEDGMENT

State of Washington )
) ss
County of King )

On 3/13/2007 before me, Kenneth Echague - notary (insert name and title of the officer here), personally appeared Susan Lynn Recht,

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.
(NOTARY SEAL)

[signature]
NOTARY SIGNATURE

Notary Public
State of Washington
KENNETH T ECHAGUE
My Appointment Expires Sep 25, 2010

VS 111 (03/30/06)

HARD HOLD ACCOUNT NO'S WITH SOCIAL SECURITY MRS LOUIS T. RECHT NO. 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, NO. 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 Dr. LOUIS T. RECHT MD DATE OF DEATH NAVY 2/3/03 FEMA ALL DOCTRINES U.S. DECLARING WAR WITH DOCTRINES AND FEMA

## Notice to Terminate Joint Account

HARD HOLD FOR SOC. NO 537-436288 SOC. NO 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

Date: Aug 8, 2007

HEARTLAND ENVISION ARIZONA BANK LAWN FULLER CEO
WELLS FARGO DICK KOVACEVICH CEO
VISA CARD JET RODRIGUEZ CEO AMERICAN EXPRESS, DISCOVERY ALL
[name and address of creditor] CHASE PRIVATE BANKING CEO CHASE

STOLEN FEMA, RESEARCH, DOCTRINES FOR ALIEN RESEARCH AND TRANSPORTATION MILITARY

Names on account: STOLEN DOCTRINE TWO SIGNED ACCOUNTS

Account number: AND FEMA BELONGING TO QUEEN ELIZABETH II ORIGINAL MRS LOUIS T. RECHT 537436288 Dr. LOUIS T. RECHT MD 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

To Whom It May Concern:

With this letter, I am requesting that you close the account referenced above, effective immediately.

I am requesting a "hard close" of the account so that neither party to the account may incur new charges. If you do not hard close the account, please be informed that as of the date of this letter, I will not be responsible for any new charges made to this account.

If my account has an outstanding balance, you may keep the account open for billing purposes only. Nevertheless, I request that you keep the account inactive so that neither party to the account can incur new charges.

Please acknowledge receipt of this notice by signing the duplicate of this letter and returning it to me in the enclosed stamped, self-addressed envelope.

Thank you for your assistance with this matter.

Mrs Louis T. Recht — Dr Craig Recht PC FORMA PAUPERIS

Signature

ON BEHALF OF Dr. LOUIS T. RECHT MD 554087104 DATE OF DEATH 2/3/03

MRS LOUIS T. RECHT
DOCTOR LOUIS T. RECHT

Printed or typed name

ON BEHALF OF QUEEN ELIZABETH II

GENERAL DELIVERY
SEATTLE WASHINGTON 98107

Address

DEMAND SAFE AND STOLEN DOCTRINES FEMA AND PERSONAL DOCTRINE OF MRS LOUIS T. RECHT 537436288

—

Home Phone

BE RETURNED TO QUEEN ELIZABETH II PRINCE CHARLES

Receipt acknowledged by:

Signature ______ Date ______

Fery Sabouri
Branch Manager
Ballard
MAC P6530-011
1819 Nw Market St.
Seattle, WA 98107
206 789-8100
206 781-2012 Fax
fery.sabouri@wellsfargo.com
Wells Fargo Bank, N.A.

As of:

Brad Gabrielse
Personal Banker
MAC P6530-011
1819 Nw Market St.
Seattle, WA 98107
206 789-8100
206 781-2012 Fax
800 869-3557 24 Hr. Customer Service
brad.gabrielse@wellsfargo.com
Wells Fargo Bank, N.A.

Term

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ORIGINAL FILED
07 MAY 21 PM 1:29
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MRS LOUIS T RECHT,
Plaintiff (s),
v.
RISK MANAGEMENT,
Defendant(s).

No. C 07-02668 JL

**ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

E-filing

IT IS HEREBY ORDERED that this action is assigned to the Honorable James Larson. When serving the complaint or notice of removal, the plaintiff or removing defendant must serve on all other parties a copy of this order, the handbook entitled "Dispute Resolution Procedures in the Northern District of California" , the Notice of Assignment of Case to a United States Magistrate Judge for Trial, and all other documents specified in Civil Local Rule 4-2. Counsel must comply with the case schedule listed below unless the Court otherwise orders.

IT IS FURTHER ORDERED that this action is assigned to the Alternative Dispute Resolution (ADR) Multi-Option Program governed by ADR Local Rule 3. Counsel and clients shall familiarize themselves with that rule and with the handbook entitled "Dispute Resolution Procedures in the Northern District of California."

**CASE SCHEDULE -ADR MULTI-OPTION PROGRAM**

| Date | Event | Governing Rule |
|---|---|---|
| 5/21/2007 | Complaint filed | |
| *8/15/2007 | Last day to:<br>• meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan<br>• file Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference | FRCivP 26(f) & ADR L.R.3-5<br>Civil L.R. 16-8 |
| 8/29/2007 | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per attached Standing Order re Contents of Joint Case Management Statement (also available at http://www.cand.uscourts.gov) | FRCivP 26(a) (1)<br>Civil L.R . 16-9 |
| 9/5/2007 | INITIAL CASE MANAGEMENT CONFERENCE (CMC) in Ctrm F,15th Floor,SF at 10:30 AM | Civil L.R. 16-10 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT . US Supreme Court

Mrs Louis T. Recht
Dr. Craig Recht PC
Timothy Hoey
[illegible]
Another man who worked thru CIA/FBI
Remains of Doctor Louis T. Recht

Plaintiff(s),

v.

Risk Management

Defendant(s).

No. C 07-02668

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

Due to War Requesting Queen Elizabeth II Be Judge Ex

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the "England Parliament Queen Elizabeth II" Judge Ex in all Terrorist Forgery Doctine Frauds 499.

Cause of Action Accural

Dated: June 27 2007

Aug 5th 2007

[illegible signature]

Signature

Counsel for Propersonia
(Plaintiff, Defendant or indicate "pro se")

Dr. Craig Recht PC [illegible] Remains Dr Craig Recht PC

On Behalf of
Mrs Louis T. Recht
Timothy Hoey
[illegible]
Another man who works for Army CIA/FBI/[illegible]
Remains of Doctor Louis T. Recht MD

Mrs. Louis T. Recht Confidential
~~P.O. Box 424217~~ General Delivery
~~San Francisco, Ca. 94142~~ Seattle Washington 98101

Being Held hostage by Bank forgery and Canablism
And Rosemarries passion of my materinal Family members
Marca Y. Mills and daughters and son in Laws
and Phyllis and Keneth Campbell and Sons
Clyde teplin and Hockers and children and artifical intelligence kids

United States District Court Appeals
Supreme Court
Geneva Convention Articals Switzerland

Mrs. Louis T. Recht
Dr. Craig Recht P.C.
Timothy Hert
Anasises
And Another Man with his eye out
Working for CIA/FBI Agencies
Remains of Doctor Louis T. Recht M.D.
Plaintiffs

V.

Rick Management
Defendants

Case No. C07-02668
Motions for Judex
Demand for the Queen Of England Elizabeth II
Prince Charles and Lady Camillia

Trials for the United States For Stealing the Safe and the the Checking and Doctrine Accounts and Forgery Robbery of Switzerland Accounts and Credit card Assassinations with Forgery and Federal Reseve Notes

Demanding Judgex's In Forgery and Treason and Roberries and mayhem Torcia CIA/FBI Agenies.

Operating drugs and nartotices and possions and insects adasadme Of animals and wildife and children and holding prisioner with aliens and humans And animals violating civil and alien amisty and Bio tech and monoplolies and NATO Agreem-ents and CEO and Agents and City,Town,and Strate nad Federal agreegements for FDA FDood and Drug Adm and Torcia by the CIA and Warren Commision leading into a Diveristy and stole Islands and titles to proprtties thru Doctrine Frauds and CPA And Forgery and Embesselements of Funds and Treasury Roberry of Switzerland Also Breach of Contracts Rico Conspriacy and

Mal Practice and Weponds and Minelas and Bioterrorisms thru thr CIA and FBI Agenies Briefs are being reviewed and A demand for a Judex is demanded by the People Of the United States Of America Since January 6, 2001 Shirley Wood and Calwoksw and Risk Management have been killing and hanging wrongfully in The Nato and Federal Courts and Governers and Mayors and Hospitals and in the schools and churches and the Pope Is Posssed with alienation of a trolls inside of another forte Three Skull fractures and Gas Skum Conceence of another inserted that was decapitated in Scottland the Black Heart worn male and Female sticking out the mouth with eye holding hostage for cylbles personalities and Rosemarries possed mother and Government practing Nexum.

Demanding a Sumpeme Court Hearings and Federal Hearings,Demanded By Mrs. Louis T. Recht and the People of the United States Of America.

Date February 15, 2007 Mrs. Louis T. Recht [signature]
The People Of the United States Of America

DATE AUG 5, 2007 DR. CRAIG RECHT PO [illegible] DR CRAIG RECHT [illegible]
IN FORMA PAUPERIS
ON BE HALF OF
MRS LOUIS T. RECHT
TIMOTHY HERT
MARINES ARMY
MOTHER [illegible] WHO WORKS THRU ARMY CIA/FBI/CALWORKS
[illegible] WITH CANADA [illegible]
REMAINS OF DOCTOR LOUIS T. RECHT MD NAVY

Dr. Craig Pecht PC Navy Doctor
In Forma Pauperis on Behalf of
Mrs Louis T. Pecht
Timothy Hert
Alaskan Army
Mother Man who works through Army [illegible]
[illegible]
Remains of Doctor Louis T. Pecht MD

United States Court of Appeals

Dr. Craig Pecht PC Navy
In Forma Pauperis on Behalf of
Mrs Louis T Pecht
Timothy Hert
Alaskan Army
Mother [illegible] Army
Remains of Doctor Louis T. Pecht MD Navy
Plaintiff
VS

Case: C07-02668 JL
Motion:
In Forma Pauperis
Dr. Craig Pecht PC
Navy Doctor
Research Doctor
With Demand For
Judge of
Queen Elizabeth II

Risk Management
United States
Defendant

Demanding In Forma Pauperis Status Due to Intelligence Briefing Needed As An Expert Witness to Case A Judge of [illegible] The Senators And Congressmen, Governors And Mayors Are High on Narcotics And Are Molesting And [illegible] Civilians And Military Doctors And Researchers All Over The World With Stolen Documents Belonging to Mrs Louis T. Pecht 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 And Queen Elizabeth II And Prince Charles And Lady Camilla, William And Harry Princes of England Dating Back to the Mayflower.

Dated Aug 2, 2007 Dr. Craig Pecht PC Navy Dr Craig Pecht PC Navy Dr Craig Pecht PC
In Forma Pauperis Doctor Researcher FDA Approved

United States District Court

For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

[illegible handwritten names] Plaintiff(s),

v.

RISK MANAGEMENT

Defendant(s).

No. C07-02668

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

[illegible handwritten notes]

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: Aug 2, 2003

[handwritten signature]
Signature

Counsel for [illegible handwriting]
(Plaintiff, Defendant or indicate "pro se")

[illegible handwritten notes]