FILED

07 AUG 20 PM 12: 06

CONFIDENTIAL

RICHARD W. WIEKING
CLERK, US DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

A 11: 09

RICHARD W. WIEKING, CLERK

1  MRS LOUIS T. RECHT
2  DR. CRAIG RECHT PC
   GEN DEL
3  SEATTLE WA 98101

4  UNITED STATES DIST COURT APPEALS
5  SUPREME COURT
   GENEVA CONVENTIONS COURT
6

7                                              SBA

8  MRS LOUIS T. RECHT                CASE NO C07 00668
9  DR. CRAIG RECHT PC                RULE 26 (f) REPORT
   TIMOTHY HERT                      COMPLAINT
10 ANASTASES                                  W/ ADDRESS RELIFE
   DOCTHOR MAN WHO WORKED           NAVY STOLEN SARD
11 FICTIOUSLY WITH CIA FBI NAVY ARMY CIA    SS FBI STOLEN DOCTINES
   REMAINS OF DOCTOR LOUIS T. RECHT AID    IMMIGRANTS AND
12 PLAINTIFF                                ASYLOM PATIENTS
13 V                                        HOLDING HOSTAGES
                                            WITH STOLEN DOCTINES
14                                          WITH STOLEN NAVY
                                            SODIUM DENATROL
15                                          BY CEOS, AGENTS
                                            ASYLOM DOCTORS AND
16 RISK MANAGEMENT MALPRACTICE  POSSED FEDERAL STATE
   COUNTY EMPLOYEES
17 DEFENDANTS                     AND MR. PRESIDENTS BUSH'S
                                  MR CLINTON MRS CLINTON
18                                SENATORS KENNEDY CARLOTA
                                  CONGRESSMAN PEDOSIO
19 DR. CRAIG RECHT PC AND ASSOCIATES AND MRS INCOME
20 LOUIS T. RECHT ARE ASKING ADDRESS FOR CASE
21 IN TORWENT, TREASON, FILICIDAE AND PHYSICAL
22 CRIMES OF TORRYING LUSING MURDERS IN CONTEMPT
23 BY UNITED STATES NATO LEADERS NO ASYLOM
24 PATIENTS PRODUCERS, ACTORS, CONTRACTORS, PATIENTS
25 AND INSANE ASYLOM DOCTORS STOLEN RESEARCH
26 AND POTENTIAL DOCTRINES BY CHEFS PRIVATE BANKING
27 LYNN FULLER IN DE NOVA WELLSFARGO DICK KOVACH.
28 DATE JULY 17 2007
                        DR CRAIG RECHT PC - NAVY
                        MRS LOUIS T. RECHT
                        TIMOTHY HERT
                        ANASKLES - ARMY
                        DOCTHOR MAN WHO WORKED THEN

United States District Court

For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[handwritten stamp, illegible]

[handwritten] 2007 AUG 20  A 10: 56

RICHARD W. WIEKING, CLERK
U.S. DISTRICT COURT
NORTHERN DIST. OF CA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

*[handwritten]* Dr. Craig Recht PC Navy Foen A Papacous
Mrs Louis T. Recht
Timother Hoet
Anal sis - Adult
Another wal uato works than
Ronans of Doctor Louis Recht tru agent
Cody Saffino Adult

Plaintiff,

v.

*[handwritten]* Rick Management Navy Depot

Defendant.

No *[handwritten]* C07-02668 JL

**MANAGEMENT CONFERENCE**

*[handwritten]* Relife
Release Hostaces
Stolen Safe
Stolen Doctrines
Gift of Doctor Louis T. Recht uid
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 Navy
565408-7104

Pursuant to FRCP 16 and Civil LR 16-2, **IT IS ORDERED** that a Case
Management Conference will be called in this case before the undersigned

*[handwritten]* Opt 5, 2007 _____ at *[handwritten]* 10:30 am in Courtroom *[handwritten]* F 15th oor, at 450 Golden Gate
Avenue, San Francisco, California.

1.  Plaintiff is directed to serve, in accordance with the provisions of FRCP 4
and 5, copies of this order at once on all parties to this action, and on any parties
subsequently joined. Following service, plaintiff shall file an appropriate certificate of
service with the court.

*[handwritten]* Donduced Case Conferances are Navy, Navy Woodfield Address
And Mexica Asians Opium express to child hostaces with
Stolen Doctrines 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 and Wells Fargo Ceo Loran
Fuller In De Nova Hideradio Fin Inc Visa Credit Card
Holders then Arizona Bank In De Xinga Foreign
Date Aug 20, 2007 Dr Craig Recht PC Navy Dr Craig Recht
Foen A Papacous           Ronans of Doctor Louis T. Recht uid
Mrs Louis T. Recht
Timother Hotet
Anal sis - Adult / Cody Saffino Adult Bank Histo Hostace
by Bank Robber Foreign

1  Dr. CEDRIC RECHT PC *NUNC* 20 A 10:56
FORMA PAUPORIS
2  _Name of Attorney for Plaintiff/Name of Plaintiff (if pro se)_  D. W. WIEKING, CLERK
MRS. LOUIS T. RECHT  U.S. DISTRICT COURT
3  GENERAL DELIVERY  _____
_Address_
4  SEATTLE WA 98101
5

6  _____
_Telephone Number_
7

8  _____
_Facsimile Number_
9  Dr. CEDRIC RECHT PC NUNC FORMA PAUPORIS
_State Bar Number of Attorney_
10
11  Dr. CEDRIC RECHT PC NUNC FORMA PAUPORIS
   WIFE LOUIS T. RECHT  **UNITED STATES DISTRICT COURT**
12  TIMOTHY HORT
   ALASKA AND  **NORTHERN DISTRICT OF CALIFORNIA**
13  ALASKA WAR WITH WORLD WAR
   WITH DANIEL CEL
14  MANY COST SUFFERING  Plaintiff,              )
   REMAINS OF DOCTOR LOUIS T RECHT WO        )
15           v.                              )   Case No. C-07-02668 JL
                                             )
16  _____ )   **COMPLAINT FOR JUDICIAL REVIEW**
   Commissioner                              )   **OF DECISION OF COMMISSIONER**
17                                           )
             Defendant.                      )   (Administrative Procedure Act Case)
18  RISK WAS DISCOVER UNCOVER              )

19       The above-named plaintiff makes the following representations to this court for the purpose of

20  obtaining judicial review of a decision of the defendant adverse to the plaintiff:

21       1.   The plaintiff is a resident of _____SEATTLE_____
                                                    _City_
22  WASHINGTON 98101 .
       _State_
23       2.   The plaintiff complains of a decision which adversely affect the plaintiff in whole or in part.

24  The decision has become the final decision of the Commissioner for purpose of judicial review and bears

25  the following caption: RELIFE, BEING HELD HOSTAGE BY BOND PAWS

26  FORGERY EMBESSMENT WITH MY SOC NO. 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 NO

27  SCLRW SAFE BELONGING TO WRS LOUIS T. RECHT, THE

28  GIFT OF DOCTOR LOUIS T. RECHT WO 553409710 4 NAVY

COMPLAINT                              - 1 -

1    In the case of: *Disk Management* 07-07-036668 2L

2    *Dr Craig Recht PC Navy* Claim for *Release of Histroacks*
     *Wes Louis T. Recht* *Stolen Safe Doctines*

3    Claimant— *Timothy Hort*    Type of Benefit *Release, The Gift of Doctor*
     *Louis T. Recht MD*

4    Wage Earner (Leave blank if same as above)    Last Four Digits of Social Security Number

5    3.    The plaintiff has exhausted administrative remedies in this matter and this court has jurisdiction
     *Soc No 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*

6    pursuant to Title 42, U.S.C. §405(g).    *Soc No 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*

7        WHEREFORE, the plaintiff seeks judicial review by this court and the entry of judgment for such

8    relief as may be proper, including costs, *Copies, Summacks, Duet, Housing*

9    *Donloding Storend Safe Checking Doctines Savings*

10   *Titles to Wodding, Properties, Viechlles Retirerld*

11   DATE: *Aug 20, 2007*                    *Dr Craig Recht PC Navy*
                                             Signature of Attorney or Plaintiff Appearing Pro Se

12                                           *Forn Paupris*

13   *Doctor Craig Recht PC Navy Forn Paupris*

14   *On Bechalf of*

15   *Mrs Louis T. Recht*

16   *Timothy Hort*

17   *Adsises Army*

18   *A other man with Camera are dut*

19   *Remains of Doctor Louis T. Recht MD Navy*

20   *A other man Cost Safing Drms*

28   N:\DOCS\INTAKE\CIVIL\SocSecComplaintForm.wpd

COMPLAINT                    - 2 -

1   MRS LOUIS T RECHT                         CONFIDENTIAL
    Dr. CRAIG RECHT PC
2   GENI DEL
    SEATTLE WA 98101                          2007 JUL 20  A 10: 56
3
                                              RICHARD W. WIEKING, CLERK
4          UNITED STATES DIST COURT APPEALS
5          SUPREME COURT
           GENEVA CONVENTIONS COURT
6

7

8   MRS LOUIS T. RECHT                 CASE NOC - 07-02668
    Dr. CRAIG RECHT PC                 RULE 26 (F) REPORT        JL
9   TIMOTHY HERT                       COMPLAINT
    ADDRESSES                                 W/ ADDRESS RELIFE
10  & OTHER MAN WHO WORKED
    FICTIOUSLY WITH CIA IFBI NAVY ARMY CIA STOLEN SAFE
11  REMAINS OF DOCTOR LOUIS T. RECHT AID SS FBI STOLEN DOCTINES
                                              JURI GRANTS AND
12  PLAINTIFF                                 ASYLOM PATIENTS
                                              HOLDING HOSTAGES
13  V                                         WITH STOLEN DOCTINES
                                              WITH STOLEN NAVY
14                                            SODIUM PENATOL
                                              BY CEOS, AGENTS
15                                            ASYLOM DOCTORS AND
16  RISK MANAGEMENT MONOPOLY                  PASSED FEDERAL STATE
                                              COUNTY EMPLOYES
17  DEFENDANTS                                AND MR. PRESIDENTS BUSH'S
                                              MR CLINTON, MRS CLINTON,
18                                            SENATORS KENNEDY CALIOTA
                                              CONGRESSMAN PEDOSIO
19  Dr. CRAIG RECHT PC AND ASSOCIATES AND MRS LOSSES
                                              PETITE STOLEN AMOUNT PLUS INCOME
20  LOUIS T. RECHT ARE ASKING ADDRESS FOR CASE  PLUS INTEREST
21  IN FORGERY, TREASON, FINANCIAL AND PHYSICAL
22  CRIMES OF TORRYING NURSING MURDERS IN COMPLICT
23  BY UNITED STATES NATO LEADERS NO ASYLOM
24  PATIENTS PRODUCERS, ACTORS, CONTRACTORS, PATIENTS
25  AND INSANE ASYLOM DOCTORS STOLEN RESEARCH
26  AND PERSONAL DOCTRINES BY CHIEFS PRIVATE BANKING
27  LYNN FULLER IN DE NOVA WELLS FARGO DICK KOVACH.
28  DATE JULY 17 2007              Dr. CRAIG RECHT PC - NAVY
        Dr. Craig Recht PC NAVY       Mrs Louis J. Recht
                                      Timothy Hert
                                      ADDRESS MEN +
                                      & OTHER MAN WHO WORKED THEN

**Will Codicil**

**First Codicil to the Will of** MRS LOUIS T. RECHT Dr Louis T Recht
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    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
THE GIFT    G. THE GIFT

I, MRS LOUIS T. RECHT a resident of KING COUNTY [county], State of WASHINGTON
UNITED STATES OF AMERICA
declare this to be the first codicil to my will dated August 12 , 2007 .

FIRST: I revoke the provision of Clause _____ of my will that provided: WRITTEN IN
ENGLISH

*[include the exact will language you wish to revoke]*

_____

SECOND: I add the following provision to Clause _____ of my will:

*[add whatever is desired]* THE GIFT OF SUSAN LYNN RECHT 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
W/ FULL POWER OF ATTORNEY THE GIFT DATE OF BIRTH
2/16/60
ALSO THE GIFT OF DOCTOR LOUIS T RECHT MD DATE OF BIRTH
LONG DATE OF DEATH 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    7/9/57
THIRD: In all other respects I confirm and republish my will dated August 12 , 2007
DEMAND ALL ESTATES OF DOCTOR LOUIS T. RECHT MD THE GIFT AND
ESTATE OF MRS LOUIS T. RECHT BE TURNED NER IMMEDIATELY TO THE
Dated August 12 2007.    QUEEN OF ENGLAND AND PRINCES AND FIRST LADIES
Queen Elizabeth The Second Her Majesty
Prince Charles AND LADY Camilla
Prince William AND Prince Harry AND ALL DOCTORS
**Signature**    FOR RESEARCH UNDER THE
MET TOWER
I subscribe my name to this codicil this 12 day of August 2007 at DOCTORS
NO FUNDS
KING COUNTY [county], State of WASHINGTON, UNITED STATES AND FEDERAL
OF AMERICA    DOCTOR
I declare under penalty of perjury that I sign and execute this codicil willingly, that I execute it 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
MRS LOUIS T. Recht
as my free and voluntary act for the purposes expressed, and that I am of the age of majority

or otherwise legally empowered to make a codicil and under no constraint or undue influence.

Signature: Mrs Louis T. Recht AND Dr Louis T. Recht MD LONG
Romans

**Witnesses**

On this 12 day of August 2007, Dr Louis Recht [codicil maker's
name], declared to us, the undersigned, that this instrument was the codicil to MRS Louis T. Recht
Dr Louis T. Recht MD
*[his/her]* will and requested us to act as witnesses to it. The testator signed this codicil in our Romans
WILLED TO
presence, all of us being present at the same time. We now, at the testator's request, in the Queen of
England
testator's presence and in the presence of each other, subscribe our names as witnesses Queen Elizabeth
AND Prince Charles
AND LADY Camilla
and declare we understand this to be the testator's codicil and that to the best of our Prince William
Prince Harry
knowledge the testator is of the age of majority, or is otherwise legally empowered to make a

codicil, and is under no constraint or undue influence.



We declare under penalty of perjury that the foregoing is true and correct, this _12·12_

day of _August 12_ , _2007_, at _Kule County_ _____ [county], State of

_WASHINGTON UNITED STATES OF AMERICA_

**Witness 1**

Signature: _J. Craig Recht PC Navy_

Typed or printed name: _Dr Craig Recht PC Navy_

Residing at: _General Delivery_

City, state, zip: _Seattle Washington 98101_

_Kule County_

**Witness 2**

Signature: _Timothy Hue_

Typed or printed name: _Timothy Hue_

Residing at: _General Delivery_

City, state, zip: _Seattle Washington 98101_

_Kule County_

**Witness 3**

Signature _D. Assets_

Typed or printed name: _D. Assets_

Residing at: _General Delivery_

City, state, zip: _Seattle Washington 98101_

_Kule County_

Signature: _Timothy Hert_

Typed or printed name: _Timothy Hert_ .

Residing at: _General Delivery Kings County_

City, state, zip: _Seattle Washington 98101_

**Witness 3**

Signature: _Al Assises_

Typed or printed name: _Al Assises_

Residing at: _General Delivery Kings County_

City, state, zip: _Seattle Washington 98101_



**Will for Adult With No Child(ren)**

**Will of** ~~Mrs. Louis T Recht~~ *The Gift 587436288*
*no Romans or Doctor Louis T. Recht wud 210100*
*The Gift of Mrs Louis T Recht no Doctor Louis T. Recht*

I, ~~Mrs Louis T Recht~~, a resident of ~~King County~~ _____ [county], State of ~~564087 icru~~
~~Washington~~, ~~United States of America~~ declare that this is my will. *7/9/57*

1. **Revocation.** I revoke all wills that I have previously made.

2. **Marital Status.** I am ~~Married~~ *Widow aprox 3/31/03*
   [married/single].

3. **Specific Gifts.** I make the following specific gifts:

   I leave *The Gift of Doctors or Her Majesty Queen of England*
   ~~Mrs Louis T Recht~~ to *Queen Elizabeth II* _____ or, if *she* [he/she/they]
   _____ [does not/do not] survive me, to *Prince Charles Lady Camilla & Prince William*

   I leave *The Gift of Doctors no Romans no Romans or* *Prince Harry*
   ~~Louis T. Recht wd~~ to *Her Majesty Queen Elizabeth II* _____ or, if *she* [he/she/they]
   _____ [does not/do not] survive me, to *Prince William no Prince Charles Lady Camilla*
   [repeat as needed] *Doctors 587436288 Serena Back Il De Nasa Hundreds Fiveum*
   *The Doctors The Majesty Queen of England under Mrs Lyra Recht*

4. **Residuary Estate.** I leave my residuary estate, that is, the rest of my property not otherwise *Prince William*
   specifically and validly disposed of by this will, including lapsed or failed gifts, to *no Prince Harry*
   *Her Majesty Queen Elizabeth II* _____ or, if *She* [he/she/they] _____ [does not/do not] survive me, to
   *Prince Charles Lady Camilla no Prince William Prince Harry of Queens The United Kingdom*

5. **Beneficiary Provisions.** The following terms and conditions apply to the beneficiary clauses of this will.

   A. **45-Day Survivorship Period.** As used in this will, the phrase "survive me" means to be alive or in existence as an organization on the 45th day after my death. Any beneficiary, except any alternate residuary beneficiary, must survive me to take property under this will. *And The Gift of Doctor Louis T. Recht wud Estate Doctors no Tomas no Romans & Doctor Louis T. Recht wd no Mrs Louis T. Recht 58402 7icru*

   B. **Shared Gifts.** If I leave property to be shared by two or more beneficiaries, it shall be *587-436288* shared equally by them unless this will provides otherwise.

   If any beneficiary of a shared specific gift left in a single paragraph of the Specific Gifts clause, above, does not survive me, the gift shall be given to the surviving beneficiaries in equal shares. *no Doctors no, Tomas no to Personal Doctors Personal G.S*
   *Mrs Louis T. Recht 587436288 The Gift no The Gift of Doctor Louis T Recht wud*
   If any beneficiary of a shared residuary gift does not survive me, the residue shall be *587-089 row* given to the surviving residuary beneficiaries in equal shares. *Royal 3/3/03 Doctor William George*

   C. **Encumbrances.** All property that I leave by this will shall pass subject to any *5600 Elliot Ave* encumbrances or liens on the property. *Who Doctors no Will Romans to England*

6. **Executor.** I name *Her Majesty Queen of England* *Queen Elizabeth II*
   ~~Queen Elizabeth II~~ _____ as executor, to serve without bond. If *She* *no Prince Charles*
   [he/she] does not qualify, or ceases to serve, I name *Prince Charles* _____ as executor, *Lady Camilla no*
   also to serve without bond. *Lady Camilla* *Prince William*
   *Prince William Prince Harry* *Prince Harry*

   I direct that my executor take all actions legally permissible to probate this will, including filing a petition in the appropriate court for the independent administration of my estate.

   I grant to my executor the following powers, to be exercised as the executor deems to be in the best interests of my estate:

   A. To retain property, without liability for loss or depreciation resulting from such retention.

   B. To sell, lease, or exchange property and to receive or administer the proceeds as a

part of my estate.

C. To vote stock, convert bonds, notes, stocks, or other securities belonging to my estate into other securities, and to exercise all other rights and privileges of a person owning similar property.

D. To deal with and settle claims in favor of or against my estate.

E. To continue, maintain, operate, or participate in any business which is a part of my estate, and to incorporate, dissolve, or otherwise change the form of organization of the business.

F. To pay all debts and taxes that may be assessed against my estate, as provided under state law.

G. To do all other acts, which in the executor's judgment may be necessary or appropriate for the proper and advantageous management, investment, and distribution of my estate.

These powers, authority, and discretion are in addition to the powers, authority, and discretion vested in an executor by operation of law, and may be exercised as often as deemed necessary, without approval by any court in any jurisdiction.

## Signature

I subscribe my name to this will this _12_ day of _August_, _2007_ at _Kig Conway_ _[county]_, State of _Washington United States of America_

I declare that it is my will, that I sign it willingly, that I execute it as my free and voluntary act for the purposes expressed, and that I am of the age of majority or otherwise legally empowered to make a will and under no constraint or undue influence.

Signature: _Mrs Louis J. Pecht the Gift of Mrs Louis J. Pecht on Behalf of The Gift of Doctor Louis T. Pecht MD Marly_

## Witnesses

On this _12_ day of _August_, _2007_, the testator, _U. Louis T. Pecht_, declared to us, the undersigned, that this instrument was _His and Her_ _[his/her]_ will and requested us to act as witnesses to it. The testator signed this will in our presence, all of us being present at the same time. We now, at the testator's request, in the testator's presence and in the presence of each other, subscribe our names as witnesses and each declare that we are of sound mind and of proper age to witness a will. We further declare that we understand this to be the testator's will, and that to the best of our knowledge the testator is of the age of majority, or is otherwise legally empowered to make a will, and appears to be of sound mind and under no constraint or undue influence.

We declare under penalty of perjury that the foregoing is true and correct, this _12_ day of _August_, _2007_, at _King County_ _[county]_, State of _Washington United States of America_

**Witness 1**

Signature: _D. Craig Pecht PC Marly_

Typed or printed name: _Freud a Pedigrees Lot Possible Due to WAC D. Craig Pecht PC Marly_

Residing at: _Carceral Downtown King County_

City, state, zip: _Seattle Washington 98101_

MRS. LOUIS T. BECHT
Print name

King County Washington
County of residence   UNITED STATES
OF AMERICA

### Certificate of Acknowledgment of Notary Public

State of _____ WA _____ )

County of _____ King _____ )     ss

On 8·13·07 ____, before me, Lori A Momson a notary public in and for said state personally appeared Susan Becht known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument, and acknowledged to me that he or she executed the same in his or her authorized capacity and that by his or her signature on the instrument, the person, or the entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal.

Notary Public for the State of WA

My commission expires Dec·17·08

*no witness present

[NOTARY SEAL]

RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO

*[handwritten]* ~~Her Majesty~~ Queen Elizabeth II Queen of England United Kingdom
Buckingham Palace                    Prince Charles Lady Camilla
England United Kingdom              Prince William Prince Harry

# Power of Attorney for Finances (Full Power)

## WARNING TO PERSON EXECUTING THIS DOCUMENT

THIS IS AN IMPORTANT LEGAL DOCUMENT. IT CREATES A POWER OF ATTORNEY FOR FINANCES. BEFORE EXECUTING THIS DOCUMENT, YOU SHOULD KNOW THESE IMPORTANT FACTS:

THIS DOCUMENT MAY PROVIDE THE PERSON YOU DESIGNATE AS YOUR ATTORNEY-IN-FACT WITH BROAD LEGAL POWERS, INCLUDING THE POWERS TO MANAGE, DISPOSE, SELL, AND CONVEY YOUR REAL AND PERSONAL PROPERTY AND TO BORROW MONEY USING YOUR PROPERTY AS SECURITY FOR THE LOAN.

THESE POWERS WILL EXIST UNTIL YOU REVOKE OR TERMINATE THIS POWER OF ATTORNEY. YOU HAVE THE RIGHT TO REVOKE OR TERMINATE THIS POWER OF ATTORNEY AT ANY TIME.

THIS DOCUMENT DOES NOT AUTHORIZE ANYONE TO MAKE MEDICAL OR OTHER HEALTH CARE DECISIONS FOR YOU.

IF THERE IS ANYTHING ABOUT THIS FORM THAT YOU DO NOT UNDERSTAND, YOU SHOULD ASK A LAWYER TO EXPLAIN IT TO YOU.

1.       **Principal and Attorney-in-Fact** – *[handwritten]* Queen Elizabeth II Queen of England *Her Majesty*

I, *[handwritten]* Her Majesty Queen Elizabeth II Queen of England and the City [your name], of *[handwritten]* ~~Santa Monica~~ [your city and state], appoint *[handwritten]* Prince Charles Lady Camilla Prince William Prince Harry [name of your attorney-in-fact] as my attorney-in-fact to act for me in any lawful way with respect to the powers delegated in Part 5 below. If that person (or all of those persons, if I name more than one) is unable or unwilling to serve as attorney-in-fact, I appoint the following alternates, to serve alone in the order named:

~~First Alternate~~ *[handwritten]* Principal Also attorney in fact
*[handwritten]* Her Majesty
Name: *[handwritten]* Queen Elizabeth II Queen of England United Kingdom
Address: *[handwritten]* Buckingham Palace
*[handwritten]* England United Kingdom

~~Second~~ Alternate *[handwritten]* First
Name: *[handwritten]* Prince Charles Lady Camilla Prince William Prince Harry
Address: *[handwritten]* Buckingham Palace
*[handwritten]* England United Kingdom

2.       **Authorization of Attorneys-in-Fact**

If I have named more than one attorney-in-fact, they are authorized to act:
[X] jointly.
[X] independently *[handwritten]* via jointly

3.       **Delegation of Authority**

[X] My attorney-in-fact may delegate, in writing, any authority granted under this power of attorney to a person he or she selects. Any such delegation shall state the period during which it is valid and specify the extent of the delegation. *(handwritten annotations)*

[ ] My attorney-in-fact may not delegate any authority granted under this power of attorney. *(handwritten annotations)*

## 4. Effective Dates

This power of attorney is not durable. It shall begin on ___ August 12, 3007 ___ and shall continue until terminated in writing, or until ___ *(handwritten)* ___, whichever comes first.

## 5. Powers of the Attorney-in-Fact

I grant my attorney-in-fact power to act on my behalf in the following matters, as indicated by my initials next to each granted power or on line (14), granting all the listed powers. Powers that are struck through are not granted.

INITIALS

____ (1) Real estate transactions.

____ (2) Tangible personal property transactions.

____ (3) Stock and bond, commodity, and option transactions.

____ (4) Banking and other financial institution transactions.

____ (5) Business operating transactions.

____ (6) Insurance and annuity transactions.

____ (7) Estate, trust, and other beneficiary transactions.

____ (8) Living trust transactions.

____ (9) Legal actions.

____ (10) Personal and family care.

____ (11) Government benefits.

____ (12) Retirement plan transactions.

____ (13) Tax matters.

____ (14) ALL POWERS (1 THROUGH 13) LISTED ABOVE.

These powers are defined in Part 13, below.

## 6. Special Instructions to the Attorney-in-Fact

*(handwritten annotations throughout margins)*

## 7. Compensation and Reimbursement of the Attorney-in-Fact

[ ] My attorney-in-fact shall not be compensated for services, but shall be entitled to reimbursement, from my assets, for reasonable expenses. Reasonable expenses include but are not limited to reasonable fees for information or advice from accountants, lawyers, or investment experts relating to my attorney-in-fact's responsibilities under this power of attorney.

[ ] My attorney-in-fact shall be entitled to reimbursement for reasonable expenses and reasonable compensation for services. What constitutes reasonable compensation shall be determined exclusively by my attorney-in-fact. If more than one attorney-in-fact is named in this document, each shall have the exclusive right to determine what constitutes reasonable compensation for his or her own duties.

[X] My attorney-in-fact shall be entitled to reimbursement for reasonable expenses and compensation for services in the amount of $ _____ If more than one attorney-in-fact is named in this document, each shall be entitled to receive this amount.

## 8.     Personal Benefit to the Attorney-in-Fact

[X] My attorney-in-fact may buy any assets of mine or engage in any transaction he or she deems in good faith to be in my interest, no matter what the interest or benefit to my attorney-in-fact.

[X] My attorney-in-fact may buy any assets of mine or engage in any transaction he or she seems in good faith to be in my interest, no matter what the interest or benefit to my attorney-in-fact. However, if an alternate attorney-in-fact is serving under this document, he or she may not benefit personally from any transaction engaged in on my behalf.

[  ] My attorney-in-fact may not benefit personally from any transaction engaged in on my behalf.

## 9.     Commingling by the Attorney-in-Fact

[X] My attorney-in-fact may commingle any of my funds with any funds of his or hers.

[  ] My attorney-in-fact may commingle any of my funds with his or hers. However, if an alternate attorney-in-fact is serving under this document, the alternate attorney-in-fact may not commingle any of my funds with any funds of his or hers.

[  ] My attorney-in-fact may not commingle any of my funds with any funds of his or hers.

## 10.     Liability of the Attorney-in-Fact

My attorney-in-fact shall not incur any liability to me, my estate, my heirs, successors, or assigns for acting or refraining from acting under this document, except for willful misconduct or gross negligence. My attorney-in-fact is not required to make my assets produce income, increase the value of my estate, diversify my investments, or enter into transactions authorized by this document, as long as my attorney-in-fact believes his or her actions are in my best interests or in the interests of my estate and of those interested in my estate. A successor attorney-in-fact shall not be liable for acts of a prior attorney-in-fact.

## 11.     Reliance on This Power of Attorney

Any third party who receives a copy of this document may rely on and act under it. Revocation of the power of attorney is not effective as to a third party until the third party has actual knowledge of the revocation. I agree to indemnify the third party for any claims that arise against the third party because of reliance on this power of attorney.

## 12.     Severability

If any provision of this document is ruled unenforceable, the remaining provisions shall stay in effect.

## 13.     Definition of Powers Granted to the Attorney-in-Fact

The powers granted in Part 5 of this document authorize my attorney-in-fact to do the following:

### (1) Real estate transactions

Act for me in any manner to deal with all or any part of any interest in real property that I own at the time of execution of this document or later acquire, under such terms, conditions, and covenants as my attorney-in-fact deems proper. My attorney-in-fact's powers include but are not limited to the power to:

(a) Accept as a gift, or as security for a loan, reject, demand, buy, lease, receive, or otherwise acquire ownership or possession of any estate or interest in real property.

(b) Sell, exchange, convey with or without covenants, quitclaim, release, surrender, mortgage, encumber, partition or consent to the partitioning of, grant options concerning, lease, sublet, or otherwise dispose of any interest in real property.

(c) Maintain, repair, improve, insure, rent, lease, and pay or contest taxes or assessments on any estate or interest in real property I own or claim to own.

(d) Prosecute, defend, intervene in, submit to arbitration, settle, and propose or accept a compromise with respect to any claim in favor of or against me based on or involving any real estate transaction.

## (2) Tangible personal property transactions

Act for me in any manner to deal with all or any part of any interest in personal property that I own at the time of execution of this document or later acquire, under such terms as my attorney-in-fact deems proper. My attorney-in-fact's powers include but are not limited to the power to lease, buy, exchange, accept as a gift or as security for a loan, acquire, possess, maintain, repair, improve, insure, rent, convey, mortgage, pledge, and pay or contest taxes and assessments on any tangible personal property.

## (3) Stock and bond, commodity, option, and other securities transactions

Do any act which I can do through an agent, with respect to any interest in a bond, share, other instrument of similar character, or commodity. My attorney-in-fact's powers include but are not limited to the power to:

(a) Accept as a gift or as security for a loan, reject, demand, buy, receive, or otherwise acquire ownership or possession of any bond, share, instrument of similar character, commodity interest or any investment with respect thereto, together with the interest, dividends, proceeds, or other distributions connected with it.

(b) Sell (including short sales), exchange, transfer, release, surrender, pledge, trade in, or otherwise dispose of any bond, share, instrument of similar character, or commodity interest.

(c) Demand, receive, and obtain any money or other thing of value to which I am or may become or may claim to be entitled as the proceeds of any interest in a bond, share, other instrument of similar character, or commodity interest.

(d) Agree and contract, in any manner, with any broker or other person and on any terms, for the accomplishment of any purpose listed in this section.

(e) Execute, acknowledge, seal, and deliver any instrument my attorney-in-fact thinks useful to accomplish a purpose listed in this section, or any report or certificate required by law or regulation.

## (4) Banking and other financial institution transactions

Do any act that I can do through an agent in connection with any banking transaction that might affect my financial or other interests. My attorney-in-fact's powers include but are not limited to the power to:

(a) Continue, modify, and terminate any deposit account or other banking arrangement, or open either in the name of the agent alone or my name alone or in both our names jointly, a deposit account of any type in any financial institution, rent a safe deposit box or vault space, have access to a safe deposit box or vault to which I would have access, and make other contracts with the institution.

(b) Make, sign, and deliver checks or drafts, and withdraw my funds or property from any financial institution by check, order, or otherwise.

(c) Prepare financial statements concerning my assets and liabilities or income and expenses and deliver them to any financial institution, and receive statements, notices, or other documents from any financial institution.

(d) Borrow money from a financial institution on terms my attorney-in-fact deems acceptable, give security out of my assets, and pay, renew, or extend the time of payment of any note given by or on my behalf.

## (5) Business operating transactions

Do any act that I can do through an agent in connection with any business operated by me that my attorney-in-fact deems desirable. My attorney-in-fact's powers include but are not limited to the power to:

>  (a)  Perform any duty and exercise any right, privilege, or option which I have or claim to have under any contract of partnership, enforce the terms of any partnership agreement, and defend, submit to arbitration, or settle any legal proceeding to which I am a party because of membership in a partnership.
>
>  (b)  Exercise in person or by proxy and enforce any right, privilege, or option which I have as the holder of any bond, share, or instrument of similar character and defend, submit to arbitration, or settle a legal proceeding to which I am a party because of any such bond, share, or instrument of similar character.
>
>  (c)  With respect to a business owned solely by me, continue, modify, extend, or terminate any contract on my behalf; demand and receive all money that is due or claimed by me and use such funds in the operation of the business; engage in banking transactions my attorney-in-fact deems desirable; determine the location of the operation, the nature of the business it undertakes, its name, methods of manufacturing, selling, marketing, financing and accounting, form of organization and insurance, and method of hiring and paying employees and independent contractors.
>
>  (d)  Execute, acknowledge, seal, and deliver any instrument of any kind that my attorney-in-fact thinks useful to accomplish any purpose listed in this section.
>
>  (e)  Pay, compromise, or contest business taxes or assessments.
>
>  (f)  Demand and receive money or other things of value to which I am or claim to be entitled as the proceeds of any business operation, and conserve, invest, disburse, or use anything so received for purposes listed in this section.

**(6)  Insurance and annuity transactions**

Do any act that I can do through an agent, in connection with any insurance or annuity policy, that my attorney-in-fact deems desirable. My attorney-in-fact's powers include but are not limited to the power to:

>  (a)  Continue, pay the premium on, modify, rescind, or terminate any annuity or policy of life, accident, health, disability, or liability insurance procured by me or on my behalf before the execution of this power of attorney. My attorney-in-fact cannot name himself or herself as beneficiary of a renewal, extension, or substitute for such a policy unless he or she was already the beneficiary before I signed the power of attorney.
>
>  (b)  Procure new, different, or additional contracts of health, disability, accident, or liability insurance on my life; modify, rescind, or terminate any such contract and designate the beneficiary of any such contract.
>
>  (c)  Sell, assign, borrow on, pledge, or surrender and receive the cash surrender value of any policy.

**(7)  Estate, trust, and other beneficiary transactions**

Act for me in all matters that affect a trust, probate estate, guardianship, conservatorship, escrow, custodianship, or other fund from which I am, may become or claim to be entitled, as a beneficiary, to a share or payment. My attorney-in-fact's authority includes the power to disclaim any assets from which I am, may become, or claim to be entitled, as a beneficiary, to a share or payment.

**(8)  Living trust transactions**

Transfer ownership of any property over which he or she has authority under this document to the trustee of a revocable trust I have created as settlor. Such property may include real estate, stocks, bonds, accounts with financial institutions, insurance policies, or other property.

**(9) Legal actions**

Act for me in all matters that affect claims in favor of or against me and proceedings in any court or administrative body. My attorney-in-fact's powers include but are not limited to the power to:

(a) Hire an attorney to assert any claim or defense before any court, administrative board, or other tribunal.

(b) Submit to arbitration or mediation or settle any claim in favor of or against me or any litigation to which I am a party, pay any judgment or settlement, and receive any money or other things of value paid in settlement.

**(10) Personal and family care**

Do all acts necessary to maintain my customary standard of living, and that of my spouse and children and other persons customarily supported by or legally entitled to be supported by me. My attorney-in-fact's powers include but are not limited to the power to:

(a) Pay for medical, dental, and surgical care, living quarters, usual vacations and travel expenses, shelter, clothing, food, appropriate education, and other living costs.

(b) Continue arrangements with respect to automobiles or other means of transportation; charge accounts; discharge of any services or duties assumed by me to any parent, relative, or friend; and contributions or payments incidental to membership or affiliation in any church, club, society, or other organization.

**(11) Government benefits**

Act for me in all matters that affect my right to government benefits, including Social Security, Medicare, Medicaid or other governmental programs, or civil or military service. My attorney-in-fact's powers include but are not limited to the power to:

(a) Prepare, execute, file, prosecute, defend, submit to arbitration, or settle a claim on my behalf to benefits or assistance, financial or otherwise.

(b) Receive the proceeds of such a claim and conserve, invest, disburse, or use them on my behalf.

**(12) Retirement plan transactions**

Act for me in all matters that affect my retirement plans. My attorney-in-fact's powers include but are not limited to the power to select payment options under any retirement plan in which I participate, make contributions to those plans, exercise investment options, receive payment from a plan, roll over plan benefits into other retirement plans, designate beneficiaries under those plans, and change existing beneficiary designations.

**(13) Tax matters**

Act for me in all matters that affect my local, state, and federal taxes. My attorney-in-fact's powers include but are not limited to the power to:

(a) Prepare, sign, and file federal, state, local, and foreign income, gift, payroll, Federal Insurance Contributions Act returns, and other tax returns; claims for refunds; requests for extension of time; petitions; any power of attorney required by the Internal Revenue Service or other taxing authority; and other documents.

(b) Pay taxes due, collect refunds, post bonds, receive confidential information, exercise any election available to me, and contest deficiencies determined by a taxing authority.

*I understand the importance of the powers I delegate to my attorney-in-fact in this document. I recognize that the document gives my attorney-in-fact broad powers over my assets.*

Signed: This __12__ day of __August__, __2007__

### Acknowledgement of Attorney-in-Fact

By accepting or acting under the appointment, the attorney-in-fact assumes the fiduciary and
other legal responsibilities of an agent.

Name of Attorney-in-Fact: *Her Majesty Queen Elizabeth II Queen of England United Kingdom Prince Charles Lady Camilla Prince William Prince Harry*

Signature of Attorney-in-Fact: *Her Majesty Queen Elizabeth II Queen of England United Kingdom Prince Charles Lady Camilla Prince William Prince Harry*

### Preparation Statement

This document was prepared by: *Mrs Louis T. Recht Aug 13 2007*

*With the gift of Doctor Louis T. Recht MD Nancy The gift of Mrs Louis T. Recht Bonnie's Kennels witness by computers - Sono Systems witness wild life spans, cows, google ranch dogs cats*

Name: *Mrs Louis T. Recht*

Address: *General Delivery*

*Seattle Washington 98101*

*Prisoners of war United States Hostages of Americas NATO Countries*

*Soc. 537 43 C 688 Date of Birth 2/16/60*
*Soc. 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 Date of birth 7/9/57 Death 3/31/03 Mrs Louis T Recht*
*The gift notarized at 770 E Washington El Cajon CA 98101 2003 Nevada El Cajon CA 98101*
*Dr Louis T Recht MD Nevada*
*The gift*
*on file at*
*El Cajon East County San Diego Judge Thomas Prist Dodd California Reno*
*Copy of will with Judge O'Kelley Pomona District Arizona Lake Tahoe Nevada wife Susan Gibson Risk Management Wells Fargo Bank*
*Copy of will with Judge Ray Dick Kovacevich Wells Fargo Lake Tahoe Nevada Chase Private Bank Bank Citigroup Bank Citi Richardson Design*
*Stolo the gift of Doctor Louis T. Recht MD*
*Safe Deposits and Personal Deposits Belonging to*
*Mrs Louis T. Recht 537 43 C 688*
*Retirement Deposits and Funds Movie Deposits by*
*Woodside Partners Peter Rib and Deril Stars Events*
*Bleach Fix Windstorm Taco Bell / FMI Di Daniels PC*
*Di Santos MD Dr Garcia Dogs Cannibals*
*D. Martin DO Dr. Griswold DO Dr. Carlick*
*Senator Kennedy Senator Hillary Clinton - daughter*
*Kerry Kennedy*
*Mr President Bush Jr Mr President's Porsche Mr President Nixon*
*Mr Clinton*
*Nancy Reagan & Family Lynn Forester Hazalnous Fin Inc*
*Coronado's Families Chase Private Banking*
*Davis Family Dick Kovacich Wells Fargo Bank*
*Nicks Family Forbes Ron Perelman Ra Assets Assurance of Americas NATO women Fidelity Finance*
*Dr Olu Dr Yale Dr Hanson*
*Sol Price and Robert Price Price Club Employees*

*Nancy at Pedisolo, Sonora Arizona El Paso, Mexicali, Mexico, Cancun Secoras, Families Drug Cartels Bombs Fraud Forgery Research Families*

**General Notice of Death**

Date: August 17, 2007

To: UNITED STATES PRESIDENT
GOVERNOR OF STATE OF CALIFORNIA
Queen of England ELIZABETH II Prince Charles wife Camilla
NATO LEADERS                    Prince William
                                Prince Harry

[insert name and address of organization]

This letter is to notify you that Dr. Louis T. Recht MD
_____ [name] of Village_____ [address] died on
Mono February 2, 2007    Village Hot El Cajon California
Please let me know if you would like further information.    150 S. Anza #85E
El Cajon California    El Cajon CA 94201
Requesting Trials and the Romans of Dr. Louis T. Recht MD
Death Certificate and Will and Last of Estate and Wills    The Estate Doctor Louis T.
Signature: Mrs. Louis T. Recht    Recht MD

Printed or typed name: MRS. Louis T. Recht

Relationship to deceased: WIFE OF Doctor Louis T. Recht MD

Address: General Delivery
Seattle Washington 98201

## Request for Death Certificate

Date: _August 12, 2004_ *ALD WILL AND LAST TESTAMENTS*
*OF THE GIFT OF DOCTOR LOUIS T. RECHT MD*
*55408 7104 DATE OF DEATH 213 03 APRIL*
*ELMOR WALL*
*JUDGE OREEN                                  CALIFORNIA*
*JUDGE RAY HICKOX LIKE TAITHIE*
*SUSO GREEN DISTRICT AZ UNITED STATES*
*JUDGE COURTS EASTERN CAL DIEGO*
*LIBERIA EAST COUNTY SAN DIEGO*
*COURT CLERK RILLANDA DODDY*
*COURT CLERK BEST*
*SAN DIEGO EAST COUNTY*
*CALIFORNIA UNITED STATES*

_VITAL STATISTICS_

_SAN DIEGO CALIFORNIA_

_SACRAMENTO CALIFORNIA_

[insert address of vital statistics office]

Name of deceased: _Dr. Louis T. RECHT MD_

Date of death: _213 03 APRIL MURDER IN WALL STORAGE SHED_
*ESTHER WOOD RAWWOD*
Social Security number: _55408-7104_ *SHODEL HEART DOUG WEDIALSA*
*SOE FIGNEE CHRISTIIA SMITH*
Place of birth: _SAN DIEGO_ *COSMI. BO BIG MOTHER*
*ESPILISIA BLUE AKOIBIR CH*
Place of death: _EL CAJON SAN DIEGO_ *BRO HUNT JEANNIE HUNT*
*County* *RICHARD CAMP DELL DR CAMPBE*
*California* *LISA IBU DRING DR. YOU*
*DRIMSA, BERNICE DAWN*
*JIM CAL WORKS, WAYEN SKI*
Please send me _____ certified copy(ies) of the death certificate of the above-named *ESTER*
*WITHROW*
person. I have enclosed a check in the amount of $_____ and a stamped, self-addressed *ELMER WOOD*
envelope. The reason for my request is to administer the affairs of the deceased's estate. *PARSON DWIGHT*
*LEASE KIDD*
*DANCOHAUSE*
*VALDESTOVONE*
Thank you for your assistance. *JEFF STEVENSA*

Signature: _Mrs Louis T. Recht_

Printed or typed name: _Mrs Louis T. RECHT_

Relationship to deceased: _WIFE_

Address: _GENERAL DELIVERY_
_SEATTLE WASHINGTON 98101_

Home phone: _____     Work phone: _____

**ATTORNEY OR PARTY WITHOUT ATTORNEY** (Name, state bar number, and address):
Dr. Craig Recht
Westous ~ Recht Forma Paupers
Concord Divercity Seattle WA 98101

form 11 ♦ 275

**TELEPHONE NO.:**
**FAX NO.** (Optional):
**E-MAIL ADDRESS** (Optional):
**ATTORNEY FOR** (Name): Dr. Craig Recht Navy Doctor

FOR COURT USE ONLY

DE-

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Dist Court, Court of Appeals
**STREET ADDRESS:** Superior Court of Appeals
**MAILING ADDRESS:** Dist Court Californ
**CITY AND ZIP CODE:** Court of California Court of Washington
**BRANCH NAME:** Court of Appeals
**ESTATE OF** (Name): Dist Court Washington
Supreme Court

Dr. Louis T. Recht MD Navy The Gift

DECEDENT

**PETITION FOR**
- [ ] Probate of Will and for Letters Testamentary
- [ ] Probate of Will and for Letters of Administration with Will Annexed
- [ ] Letters of Administration
- [ ] Letters of Special Administration      [ ] with general powers
- [X] Authorization to Administer Under the Independent Administration of Estates Act      [ ] with limited authority

**CASE NUMBER:**
06-CV04919 WMC
06-CV04980 EFB 06-CV-0498
**HEARING DATE:**
**DEPT.:**      **TIME:**

1. Publication will be in (specify name of newspaper):
   a. [ ] Publication requested.      b. [X] Publication to be arranged.
2. **Petitioner** (name of each):
   a. [ ] decedent's will and codicils, if any, be admitted to probate.
   b. [X] (name): Dr. Louis T. Recht MD The Gift to be administer by      requests
      be appointed   (1) [ ] executor Request Fee Judge ex Queen Elizabeth II
                     (2) [ ] administrator with will annexed  (3) [ ] administrator
                     (4) [ ] special administrator   [ ] with general powers
   and Letters issue upon qualification.
   c. [ ] that  [X] full  [ ] limited   authority be granted to administer under the Independent Administration of Estates Act.
   d. (1) [ ] bond not be required for the reasons stated in item 4d. Administor Queen Elizabeth II
      (2) [ ] $      bond be fixed. It will be furnished by an admitted surety insurer or as otherwise provided by law.
      (3) [ ] $      (Specify reasons in Attachment 2 if the amount is different from the maximum required by Prob. Code § 8482.)
      in deposits in a blocked account be allowed. Receipts will be filed. (Specify institution and location):
3. a. **Estimated value of the estate for filing fee purposes** (Complete in all cases. The estimated value of the estate is the fair market value of the real and personal property of the estate at the date of the decedent's death, without reduction for encumbrances. See Gov. Code, § 26827.):
   (1) [ ] Less than $250,000
   (2) [ ] At least $250,000 and less than $500,000
   (3) [ ] At least $500,000 and less than $750,000
   (4) [ ] At least $750,000 and less than $1 million
   (5) [ ] At least $1 million and less than $1.5 million
   (6) [ ] At least $1.5 million and less than $2 million
   (7) [ ] At least $2 million and less than $2.5 million
   (8) [ ] At least $2.5 million and less than $3.5 million
   (9) [X] $ Unlimited Doctines stolen belonging to Queen Elizabeth II
   Belus Recht (Specify total estimated value of estate.)
   b. [ ] This petition is not the first petition for appointment of a personal representative with general powers filed in this proceeding. The first petition was filed on (date):
4. a. Decedent died on (date): Approx Dec 2/3/07 at (place): Encasa California Will Storage Shed
   (1) [ ] a resident of the county named above.
   (2) [X] a nonresident of California and left an estate in the county named above located at (specify location permitting publication in the newspaper named in item 1): Federal Recreation Grid United States
   b. Street address, city, and county of decedent's residence at time of death (specify):
   Po Magnolia Encasa Ca 92804      150 S. Anza #25E Dcasa Ca 92801

(Continued on reverse)
**PETITION FOR PROBATE**

form 11 ♦ 275

**ATTORNEY OR PARTY WITHOUT ATTORNEY** (Name, state bar number, and address):
Dr. Craig Rechtte
Wies Louis t. Recht Fora n Pauperis
Concord Denvert Seatle WA 98201

**TELEPHONE NO.**: (Optional)   **FAX NO.** (Optional):

**E-MAIL ADDRESS** (Optional):

**ATTORNEY FOR** (Name): Dr. Craig Rechtte Navy Doctor

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Dist Court, Court of Appeals
**STREET ADDRESS**:                    Superir Court of Appeals
**MAILING ADDRESS**: Dest Court California Superir Court of Washington
**CITY AND ZIP CODE**: Court of California Court of Appeals
**BRANCH NAME**: Dist Court Washington Supreme Court

DE

**FOR COURT USE ONLY**

**ESTATE OF** (Name): Dr. Louis T. Recht MD Navy The Gift
**DECEDENT**

**PETITION FOR**
☐ Probate of Will and for Letters Testamentary
☐ Probate of Will and for Letters of Administration with Will Annexed
☐ Letters of Administration
☐ Letters of Special Administration ☐ with general powers
☒ Authorization to Administer Under the Independent Administration of Estates Act ☐ with limited authority

**CASE NUMBER**: 06-CV04919 wwc
06-CV04980 cBB 06-CV-0491 wc

**HEARING DATE**:

**DEPT.**:     **TIME**:

1. Publication will be in (specify name of newspaper):
   a. ☐ Publication requested.  b. ☒ Publication to be arranged.
2. Petitioner (name of each):
   a. ☐ decedent's will and codicils, if any, be admitted to probate.
   b. ☒ (name): Dr. Louis t. Recht MD The Court to be Administor by requests
   be appointed (1) ☐ executor Request for (3) ☐ administrator Judge Ex Queen Arizabeth
   (2) ☐ administrator with will annexed some power Given (4) ☐ special administrator ☐ with general powers
   and Letters issue upon qualification.
   c. ☐ that ☒ full ☐ limited authority be granted to administer under the Independent Administration of Estates Act.
   d. (1) ☐ bond not be required for the reasons stated in item 4d. Administor Queen Arizabeth II
   (2) ☐ $ bond be fixed. It will be furnished by an admitted surety insurer or as otherwise provided by law. Judge Ex Recht
   (3) ☐ $ (Specify reasons in Attachment 2 if the amount is different from the maximum required by Prob. Code § 8482.)
   in deposits in a blocked account be allowed. Receipts will be filed. (Specify institution and location):
3. a. Estimated value of the estate for filing fee purposes (Complete in all cases. The estimated value of the estate is the fair market value of the real and personal property of the estate at the date of the decedent's death, without reduction for encumbrances. See Gov. Code, § 26827.):
   (1) ☐ Less than $250,000
   (2) ☐ At least $250,000 and less than $500,000
   (3) ☐ At least $500,000 and less than $750,000
   (4) ☐ At least $750,000 and less than $1 million
   (5) ☐ At least $1 million and less than $1.5 million
   (6) ☐ At least $1.5 million and less than $2 million
   (7) ☐ At least $2 million and less than $2.5 million
   (8) ☐ At least $2.5 million and less than $3.5 million
   (9) ☒ $ Unlimited Doctines Stolen Ranging to Queen Elizabeth II Plus Promisory power Louis t. Recht Doctine (Specify total estimated value of estate.)
   b. ☐ This petition is not the first petition for appointment of a personal representative with general powers filed in this proceeding. The first petition was filed on (date):
4. a. Decedent died on (date): Aprox Date 7/3/07 at (place): Ocean California Underwater Shed
   (1) ☐ a resident of the county named above.
   (2) ☒ a nonresident of California and left an estate in the county named above located at (specify location permitting publication in the newspaper named in item 1): Federal Recreation Grid United States
   b. Street address, city, and county of decedent's residence at time of death (specify):
   770 Virginia El Cajon CA 92804   150 S. Anza #25E El Cajon CA 92801

276 •

| ESTATE OF (Name): *Dr LOUIS RIGHT TO FOEUR DOUPONT THE GIFT OF Dr LOUIS'S RICHIUO NAVY* —DECEDENT | CASE NUMBER: *CC CV4141 CC CV04690 CC CV04690* |

**4. c. Character and estimated value of the property of the estate for bond purposes:**

(1) Personal property: $ *UNLIMITED STOCK TRUC THE GIFT TRUST CLASSIC JUDGE DIT PREBAUCE DIT* *STOCK FRANK MEREDOU DOW* *FRENCH DOCTINE 507 436988*

(2) Annual gross income from
  (a) real property: $ *UNLIMITED FRENCH COBUNES 3 KROUN UNLIMITED DOCINES*
  (b) personal property: $ *PROPERTIES RECORD DE SCIMPLE*
  Total: $ *UNLIMITED*

(3) Real property: $ *UNLIMITED FRENCH 3 DOTINES PERSONAL DOCUMES 507 436608* *WES LOUIS T RIGHT* (*If full authority under the Independent Administration of Estates Act is requested, state the fair market value of the real property less encumbrances.*)

**d.** (1) [X] Will waives bond. _____ Special administrator is the named executor and the will waives bond.
  (2) ____ All beneficiaries are adults and have waived bond, and the will does not require a bond. (*Affix waiver as Attachment 4d(2).*)
  (3) [X] All heirs at law are adults and have waived bond. (*Affix waiver as Attachment 4d(3).*) *WITH JUDGE OC*
  (4) ____ Sole personal representative is a corporate fiduciary or an exempt government agency. *QUEEN ELIZABETH II*

**e.** (1) ____ Decedent died intestate. *POWER OF ATTORNEY*
  (2) ____ Copy of decedent's will dated: _____ codicils dated: _____ *FOR WESTLAWS PLCMT 507 436003* *are affixed as Attachment 4e(2).*
    (*Include in Attachment 4e(2) a typed copy of a handwritten will and a translation of a foreign language will.*)
    ____ The will and all codicils are self-proving (Prob. Code, § 8220).

**f. Appointment of personal representative** (*check all applicable boxes*):
  (1) Appointment of executor or administrator with will annexed:
    (a) ____ Proposed executor is named as executor in the will and consents to act.
    (b) ____ No executor is named in the will.
    (c) ____ Proposed personal representative is a nominee of a person entitled to Letters. (*Affix nomination as Attachment 4f(1)(c).*)
    (d) ____ Other named executors will not act because of ____ death ____ declination ____ other reasons (*specify in Attachment 4f(1)(d).*)
  (2) Appointment of administrator:
    (a) ____ Petitioner is a person entitled to Letters. (*If necessary, explain priority in Attachment 4f(2)(a).*)
    (b) ____ Petitioner is a nominee of a person entitled to Letters. (*Affix nomination as Attachment 4f(2)(b).*)
    (c) ____ Petitioner is related to the decedent as (*specify*):
  (3) ____ Appointment of special administrator requested. (*Specify grounds and requested powers in Attachment 4f(3).*)

**g.** Proposed personal representative is a ____ resident of California ____ nonresident of California (*affix statement of permanent address as Attachment 4g*). ____ resident of the United States. ____ nonresident of the United States.

**5.** ____ Decedent's will does not preclude administration of this estate under the Independent Administration of Estates Act.

**6. a.** The decedent is survived by (*check at least one box in each of items (1)–(4)*).
  (1) ____ spouse ____ no spouse as follows: ____ divorced or never married ____ spouse deceased
  (2) ____ domestic partner ____ no domestic partner (*See Prob. Code, §§ 37(b), 6401(c), and 6402.*)
  (3) ____ child as follows: ____ natural or adopted ____ natural adopted by a third party ____ no child
  (4) ____ issue of a predeceased child ____ no issue of a predeceased child

**b.** Decedent ____ is ____ is not survived by a stepchild or foster child or children who would have been adopted by decedent but for a legal barrier. (*See Prob. Code, § 6454.*)

**7.** (*Complete if decedent was survived by (1) a spouse or domestic partner but no issue (only a or b apply), or (2) no spouse, domestic partner, or issue. Check the first box that applies*):
  a. ____ Decedent is survived by a parent or parents who are listed in item 9.
  b. ____ Decedent is survived by issue of deceased parents, all of whom are listed in item 9.
  c. ____ Decedent is survived by a grandparent or grandparents who are listed in item 9.
  d. ____ Decedent is survived by issue of grandparents, all of whom are listed in item 9.
  e. ____ Decedent is survived by issue of a predeceased spouse, all of whom are listed in item 9.
  f. ____ Decedent is survived by next of kin, all of whom are listed in item 9.
  g. ____ Decedent is survived by parents of a predeceased spouse or issue of those parents, if both are predeceased, all of whom are listed in item 9.
  h. ____ Decedent is survived by no known next of kin.

DE-111 [Rev. August 17, 2003]

**PETITION FOR PROBATE**

*Page 2 of 3*

• 277

ESTATE OF (Name): D. Louis T. Recht MD the Gift     CASE NUMBER: 06-CV 04919 MMC
06-CV 04980 CRB
DECEDENT  06-CV 04981 WS

8. *(Complete only if no spouse or issue survived decedent.)*  Decedent ☐ had no predeceased spouse ☒ had a predeceased spouse who   (1) ☐ died not more than 15 years before decedent owning an interest in **real property** that passed to decedent, (2) ☐ died not more than five years before decedent owning **personal property** valued at $10,000 or more that passed to decedent, (3) ☒ neither (1) nor (2) apply. *(If you checked (1) or (2), check only the first box that applies):* Real Property
a. ☒ Decedent is survived by issue of a predeceased spouse, all of whom are listed in item 9.     Smile 2116160
b. ☐ Decedent is survived by a parent or parents of the predeceased spouse who are listed in item 9.
c. ☐ Decedent is survived by issue of a parent of the predeceased spouse, all of whom are listed in item 9.
d. ☐ Decedent is survived by next of kin of the decedent, all of whom are listed in item 9.
e. ☐ Decedent is survived by next of kin of the predeceased spouse, all of whom are listed in item 9.
With Queen Elizabeth II Power of Attorney for Mrs Louis Recht
9. Listed below are the names, relationships, ages, and addresses, so far as known to or reasonably ascertainable by petitioner, of (a)(b) (1) all persons named in decedent's will and codicils, whether living or deceased; (2) all persons named or checked in items 2, 6, 7, and 8; and (3) all beneficiaries of a devisee trust in which the trustee and personal representative are the same person.

|              Name and Relationship              |  Age  |              Address              |
|---|---|---|

☐   Continued on Attachment 9.

10. Number of pages attached: _____

Date: Date Aug 7, 2002

* (Signatures of all petitioners also required. (Prob. Code, § 1020, California Rules of Court, rule 7.103).)

Mrs Louis J. Recht
Queen Elizabeth II
                    (SIGNATURE OF ATTORNEY*)
D. Craig Recht PC Navy
Forma Paupris

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Aug 7, 2002

Mrs Louis T. Recht
        (TYPE OR PRINT NAME)

D. Craig Recht PC Navy
        (TYPE OR PRINT NAME)
            Doctor

▶ Mrs Louis J. Recht
            (SIGNATURE OF PETITIONER)

▶ D. Craig Recht PC Forma Paupris
            (SIGNATURE OF PETITIONER)

DE-111 [Rev. August 17, 2003]

**PETITION FOR PROBATE**

Page 3 of 3

form 5  •  261

**DE-221**

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address):

*WESLOUS T. RECHT*
*Dr. CRAIG RECHT PC LAW FIRM DANPOLIS*
*CERCSED DELIVERY*
*SEATLE WA 98101*

TELEPHONE NO.:                          FAX NO.:

ATTORNEY FOR (Name): *FORN DANPOLIS Dr.CRAIG RECHT PC*

~~SUPERIOR COURT OF CALIFORNIA, COUNTY OF~~ *DIST. COURTS SUPREME*

STREET ADDRESS:

MAILING ADDRESS: *WASHINGTON, WASHINGTON DC*

CITY AND ZIP CODE: *CALIFORNIA*

BRANCH NAME: *SUPREME COURT APPEALS LOWER DIST*

FOR COURT USE ONLY

ESTATE OF (Name): *WES LOUIS T. RECHT FASTER COURT*
*"SUSAN" LYNN RECHT*
*Dr. LOUIS T. RECHT WD THE CLRF 554087(A)* DECEDENT

CASE NUMBER:

HEARING DATE:

**SPOUSAL PROPERTY PETITION**

DEPT.:                         TIME:

1. **Petitioner** (name): requests
   a. [X] determination of property passing to the surviving spouse without administration (Prob. Code, § 13500).
   b. [ ] confirmation of property belonging to the surviving spouse (Prob. Code, §§ 100, 101).
   c. [ ] immediate appointment of a probate referee.

2. **Petitioner is**
   a. [X] surviving spouse of the decedent. *WES LOUIS T. RECHT 5307-4436028*
   b. [ ] personal representative of (name):                                        , surviving spouse.
   c. [ ] guardian of the estate or conservator of the estate of (name):
                                                                          , surviving spouse.

3. **Decedent died on** (date): *APRON 2/2/03 MURDERED IN CULTURL STORAGE SAFES*
   *BY SHIRLEY WOOD SANDERS HICKS DOUGLAS DENISM*
4. **Decedent was**                     *DON WOOD MR PRESIDENT KENNEDY*
   a. [X] a resident of the California county named above.                    *ASSASINATORS*
   b. [ ] a nonresident of California and left an estate in the county named above.
   c. [ ] intestate [ ] testate and a copy of the will and any codicil is affixed as Attachment 4c or 7. (Attach will.)

5. a. (Complete in all cases) The decedent is survived by *WES LOUIS T. RECHT*
      (1) [ ] child as follows: [ ] natural or adopted [X] natural, adopted by a third party [X] no child
      (2) [ ] issue of a predeceased child [ ] no issue of a predeceased child.
   b. Decedent [ ] is [ ] is not survived by a stepchild or foster child or children who would have been adopted by decedent but for a legal barrier. (See Prob. Code, § 6454.)

6. (Complete only if no issue survived the decedent. Check only the first box that applies.)
   a. [ ] The decedent is survived by a parent or parents who are listed in item 9.
   b. [X] The decedent is survived by a brother, sister, or issue of a deceased brother or sister, all of whom are listed in item 9.
   *Dr. CRAIG RECHT PC, BROTHER WIFE SUSAN LYNN RECHT*
7. Administration of all or part of the estate is not necessary for the reason that all or a part of the estate is property passing to the surviving spouse. The facts upon which petitioner bases the allegation that the property described in Attachments 7a and 7b is property that should pass or be confirmed to the surviving spouse are stated in Attachment 7 a.
   a. [X] Attachment 7a 5 contains the legal description (if real property add Assessor's Parcel Number) of the deceased spouse's property that petitioner requests to be determined as having passed to the surviving spouse from the deceased spouse. This includes any interest in a trade or business name of any unincorporated business or an interest in any unincorporated business that the deceased spouse was operating or managing at the time of death, subject to any written agreement between the deceased spouse and the surviving spouse providing for a non pro rata division of the aggregate value of the community property assets or quasi-community assets, or both.

   b. [ ] Attachment 7b contains the legal description (if real property add Assessor's Parcel Number) of the community or quasi-community property petitioner requests to be determined as having belonged under Probate Code sections 100 and 101 to the surviving spouse upon the deceased spouse's death, subject to any written agreement between the deceased spouse and the surviving spouse providing for a non pro rata division of the aggregate value of the community property assets or quasi-community assets, or both.

(Continued on reverse, including footnotes)

Form Adopted for Mandatory Use
Judicial Council of California
DE-221 [Rev. July 1, 2000]

**SPOUSAL PROPERTY PETITION**
(Probate)

WEST GROUP
Official Publisher

Probate Code, § 13650

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State bar number, and address):*

*Dr. Craig Recht Informa Pauperis Doctor*
*Mrs Louis J. Recht Romans of Doctor Louis J. Recht*
*Indigoash ...*
*Disabled Brother Non Wife Withdraw*

TELEPHONE NO.:                FAX NO. *(Optional):* C.A./FBI/Congress

E-MAIL ADDRESS *(Optional):* Court von von Sante ...

ATTORNEY FOR *(Name):* Dr. Craig Recht MD Forma Pauperis

**JV-800**

FOR COURT USE ONLY

... 20  A 10 58

RICHARD W. WIEKING, CLERK
U.S. DISTRICT NO.

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**
  STREET ADDRESS:
  MAILING ADDRESS:
  CITY AND ZIP CODE:
  BRANCH NAME:

CASE NAME:
  *United States*

**NOTICE OF APPEAL—JUVENILE**
**(California Rules of Court, Rule 37)**

CASE NUMBER:

---

## —NOTICE—

- You or your attorney **must** fill in items 1 and 2 and sign this form at the bottom of the page. If possible, to help process your appeal, fill in items **4–6** on the reverse of this form.

- Rule 37 says that to appeal from an order or judgment, you must file a written notice of appeal within **60** days after rendition of the judgment or the making of the order being appealed or, in matters heard by a referee, within **60** days after the order of the referee becomes final.

---

1. I appeal from the findings and orders of the court *(specify date of order or describe order):*

   *Dist Court United States 4CV 04919 MMC*
   *Dist Court Heartland Fili Ial 06CV04980 CRB*
   *Dist Court Visa 06-CV04981 MEJ 04981 MEJ*

2. This appeal is filed by *Dr. Craig Recht PC Forma Pauperis*
   a. Appellant *(name):* *Mrs Louis J. Recht*
   b. Address:  *General Delivery*        c. Phone number:
              *Seattle WA 98101*

   d. Name and address and phone number of person to be contacted *(if different from appellant):*
      *Dr. Craig Recht PC Forma Pauperis*
      *General Delivery*
      *Seattle WA 98101*

Date: *Aug 7, 2007*

*Mrs Louis J. Recht*                                    *Dr. Craig Recht PC Non Doctor*
_____                       ▶ _____
(TYPE OR PRINT NAME)                                       *Mrs Louis J. Recht Witness*
*Dr. Craig Recht PC Forma Pauperis*                        (SIGNATURE OF [X] APPELLANT [ ] ATTORNEY)
*Doctor*

3. Items 4 through 6 on the reverse are [X] completed.  [ ] not completed.

---

Form Approved for Optional Use
Judicial Council of California
JV-800 [Rev. January 1, 2006]

**NOTICE OF APPEAL—JUVENILE**
**(California Rules of Court, Rule 37)**

Cal. Rules of Court, rule 37
www.courtinfo.ca.gov

American LegalNet, Inc.
www.USCourtForms.com

form 13 • 169

DE-121

| ~~OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address):~~ | TELEPHONE AND FAX NOS.: | FOR COURT USE ONLY |
|---|---|---|

MRS LOUIS T. PECHT
DR CRAIG PECHT FC NAVY
FORMA PAUPERIS
SEATTLE WA 98101
DR CRAIG PECHT FC
FORMA PAUPERIS

~~[blacked]~~ 20 A 10:58

~~RICHARD W. WIEKING~~, CLERK
U.S. DISTRICT COURT
~~OF CA~~

COURT OF DIST, DOCKET, SUPREME COURT
DISTRICT COURT SF     CLERKS OFFICE
APPEALS COURT              REQUESTED
SUPREME COURT              WITH ON DOCKET
WASHINGTON DC 98101    QUEEN ELIZABETH II
~~UNITED STATES COURT~~ TAUTE WAR

DR LOUIS T PECHT MD NAVY SSH 08 7104
~~WECHT~~ FORMA PAUPERIS ON BEHALF OF
MRS LOUIS T PECHT                    DECEDENT

NOTICE OF PETITION TO ADMINISTER ESTATE
DR LOUIS T PECHT MD THE GIFT
554-08 7104

| CASE NUMBER: |
|---|

06-CV04910-1 MRC
06-CV04980-CRB
06-CV0489 MEG

~~there,~~ beneficiaries, creditors, contingent creditors, and persons who may otherwise be interested in the will or estate, or both,
~~of~~ all names by which decedent was known):  MRS LOUIS T PECHT
DR CRAIG PECHT FC NAVY
FORMA PAUPERIS

~~TION~~ FOR PROBATE has been filed by (name of petitioner):  MRS LOUIS T PECHT
~~the~~ Court of California, County of (specify):  DR CRAIG PECHT FC NAVY

~~TION FOR PROBATE~~ requests that (name):  QUEEN ELIZABETH II
~~be~~ personal representative to administer the estate of the decedent. DR CRAIG PECHT FC NAVY
                                                                          FORMA PAUPERIS
~~TITION~~ requests the decedent's will and codicils, if any, be admitted to probate. The will and any codicils are
~~able~~ for examination in the file kept by the court.

~~TITION~~ requests authority to administer the estate under the Independent Administration of Estates Act. (This
~~important~~ actions, however, the personal representative will be required to give notice to interested persons unless they
~~waived~~ notice or consented to the proposed action.) The independent administration authority will be granted unless an
~~interested~~ person files an objection to the petition and shows good cause why the court should not grant the authority.
~~the~~ petition will be held on  WAITING FOR A JUDGE EX QUEEN ELIZABETH II

| | Time: | Dept.: | Room: |
|---|---|---|---|

~~Court:~~ [ ] same as noted above    [ ] other (specify):
DIST COURT SF, DIST COURT WASHINGTON APPEALS COURT
SPREME COURT                                      DISCOVERY

~~IF YOU OBJECT~~ to the granting of the petition, you should appear at the hearing and state your objections or file written objections
~~before~~ the hearing. Your appearance may be in person or by your attorney.

~~IF YOU ARE A CREDITOR~~ or a contingent creditor of the deceased, you must file your claim with the court and mail a copy to the
~~representative~~ appointed by the court within four months from the date of first issuance of letters as provided in Probate
~~Code section~~. The time for filing claims will not expire before four months from the hearing date noticed above.

~~YOU MAY EXAMINE~~ the file kept by the court. If you are a person interested in the estate, you may file with the court a Request for
~~Special Notice~~ (form DE-154) of the filing of an inventory and appraisal of estate assets or of any petition or account as provided in
~~Probate Code section~~ 1250. A Request for Special Notice form is available from the court clerk.

[ ] Attorney for petitioner (name):

MRS LOUIS T PECHT
DR CRAIG PECHT FC NAVY
FORMA PAUPERIS

Queen Elizabeth II
Dr Craig Pecht FC Navy
Forma Pauperis
Mrs Louis J Pecht
► (SIGNATURE OF  [X] PETITIONER  [ ] ATTORNEY FOR PETITIONER)

WASHINGTON DC(1876)

~~NOTE: This form is used to give notice of a hearing~~ and print the caption, beginning with the words NOTICE OF PETITION, and do not print the information from the form
~~above~~ the caption. The ~~name~~ and decedent's name must be printed in at least 8-point type and the text in at least 7-point type. Print the case number
~~as~~ required, preceded by a box only if the box is checked. Do not print the italicized instructions in parentheses, the paragraph
~~numbers, or the material on the reverse.

(Continued on reverse)

**NOTICE OF PETITION TO ADMINISTER ESTATE**
(Probate)

Probate Code, § 8100

**CONFIDENTIAL**                               form 15  •  173

| ESTATE OF (Name): Dr. Louis T. Recht MD | | DE-1 |
|---|---|---|
| Jane Doe, aka Jane Doe Buck | CASE NUMBER: | |
| | DECEDENT | ~~A728001~~ |

## CONFIDENTIAL STATEMENT OF BIRTH DATE
## AND DRIVER'S LICENSE NUMBER

### (Supplement to *Duties and Liabilities of Personal Representative* (Form DE-147))

*(NOTE: This supplement is to be used if the court by local rule requires the personal representative to provide a birth date and driver's license number. Do **not** attach this supplement to Form DE-147.)*

This separate *Confidential Statement of Birth Date and Driver's License Number* contains confidential information relating to the personal representative in the case referenced above. This supplement shall be kept separate from the *Duties and Liabilities of Personal Representative* filed in this case and shall not be a public record.

INFORMATION ON THE PERSONAL REPRESENTATIVE:    Gift of Doctor Louis T. Recht MD
Soc. No 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
Date of Birth 7-4-54

1. Name: ~~John Smith~~ Mrs Louis T. Recht

2. Date of birth: ~~01/11/1950~~ 2/16/00

3. Driver's license number: ~~N1111~~ 527436288        State: ~~CA~~ CA

```
                    TO COURT CLERK:
        THIS STATEMENT IS CONFIDENTIAL. DO NOT FILE
        THIS CONFIDENTIAL STATEMENT IN A PUBLIC COURT FILE.
```

Form Adopted for Mandatory Use
Judicial Council of California
DE-147S [New January 1, 2001]

**CONFIDENTIAL SUPPLEMENT TO DUTIES AND
LIABILITIES OF PERSONAL REPRESENTATIVE
(Probate)**

Probate Code, § 8404

*CASE NO. 6 - CV 04919 MMC*
*6 - CV 04980 CRB*
*6 - CV 04981 WEJ*

# Limited Power of Attorney
**(with Durable Provision)**

NOTICE: THIS IS AN IMPORTANT DOCUMENT. BEFORE SIGNING THIS DOCUMENT, YOU SHOULD KNOW THESE IMPORTANT FACTS. THE PURPOSE OF THIS POWER OF ATTORNEY IS TO GIVE THE PERSON WHOM YOU DESIGNATE (YOUR "AGENT") BROAD POWERS TO HANDLE YOUR PROPERTY, WHICH MAY INCLUDE POWERS TO PLEDGE, SELL OR OTHERWISE DISPOSE OF ANY REAL OR PERSONAL PROPERTY WITHOUT ADVANCE NOTICE TO YOU OR APPROVAL BY YOU. YOU MAY SPECIFY THAT THESE POWERS WILL EXIST EVEN AFTER YOU BECOME DISABLED, INCAPACITATED OR INCOMPETENT. THIS DOCUMENT DOES NOT AUTHORIZE ANYONE TO MAKE MEDICAL OR OTHER HEALTH CARE DECISIONS FOR YOU. IF THERE IS ANYTHING ABOUT THIS FORM THAT YOU DO NOT UNDERSTAND, YOU SHOULD ASK A LAWYER TO EXPLAIN IT TO YOU. YOU MAY REVOKE THIS POWER OF ATTORNEY IF YOU LATER WISH TO DO SO.

TO ALL PERSONS, be it known, that I, _Mrs Louis T. Recht   527 43 6288_
of _Remains of Doctor Louis T. Recht, Dr Craig Recht Pt Timothy Hope_ _____
as Principal, do hereby make and grant a limited and specific power of attorney to _no more now with cancer etc_ _____
_Queen of England the Majesty Elizabeth I, Prince Charles, Lady Camilla_
of _was leader of England only_ _____
and appoint and constitute said individual as my attorney-in-fact.

My named attorney-in-fact shall have full power and authority to undertake, commit and perform only the following acts on my behalf to the same extent as if I had done so personally; all with full power of substitution and revocation in the presence:
(Describe specific authority) _Doctrines for research NASA, FEMA, Allied Medical_
_Research Doctrines stolen by Starr Fisher md Cheer md_
_Price Waterhouse Cooper Warren Buffett Senator Kennedy_
_willed illegally to presidents to Petes Pub Taco Bell/Hot Rocket T-Shirts_
The authority granted shall include such incidental acts as are reasonably required or necessary to carry out and perform the _holding hostages_
specific authorities and duties stated or contemplated herein.    _md declaring war_
_with stolen doctrines_

My attorney-in-fact agrees to accept this appointment subject to its terms, and agrees to act and perform in said fiduciary _Dr. Engo_
capacity consistent with my best interests as my attorney-in-fact deems advisable, and I thereupon ratify all acts so carried out. _Va 15 12_
_Dr. Martin_
I agree to reimburse my attorney-in-fact all reasonable costs and expenses incurred in the fulfillment of the duties and responsi-    _Dr. Gerwig_
bilities enumerated herein.    _Dr. Gwee_
_Dr. Hansen_
_Lou Dogs_
_Mr. Bacon_

**Special durable provisions:**

This power of attorney shall not be affected by subsequent incapacity of the Principal. This power of attorney may be revoked by the Principal giving written notice of revocation to the attorney-in-fact, provided that any party relying in good faith upon this power of attorney shall be protected unless and until said party has either a) actual or constructive notice of revocation, or b) upon recording of said revocation in the public records where the Principal resides. Furthermore, upon a finding of incompetence by a court of appropriate jurisdiction, this Power of Attorney shall be irrevocable until such a time as said court determines that I am no longer incompetent.

Other terms: _Turning over estate of Doctor Louis T. Recht md 554087104_
_the gift heir Mrs Louis T. Recht 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 Date of Death approx_
_February Six 2002 El Cajon, Uhaul storage shead cut md Body shoreriheart_
_voluntary st San Diego willed in disday Nevada Superior Court Judge Ray_
_Judge Goissal declared war with stolen will of Doctor Louis T._
_Recht md the gift heir her Mrs. Louis T. Recht_

© 2004, Socrates Media, LLC
LF240-1 • Rev. 04/04

Signed under seal this _____ 95 _____ day of _____ June _____, 20 07 .
Signed in the presence of:

Witness: Dr. Grace Recht PC          Principal: OWNER
                                     LICENSES
Witness: Timothy Hert                #1 LICENSE WAS WHO WORKED
                                     PREVIOUSLY WITH DEPT USDA CIA/FBI,
                                     SOCIAL SECURITY

State of Washington
County of King }

On June 25 2007 before me, Shugh Huskey
appeared MRS. Louis J. Recht
personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed
to the within instrument and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by
his/her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.
WITNESS my hand and official seal.

Signature: Mrs Louis J. Recht
            Mrs Louis J. Recht

                                     Affiant_____Known_____Produced ID
                                     Type of ID Wa. Dr. Lic
                                                      (Seal)

# CERTIFICATION OF VITAL RECORD

"VERIFICATION BOX" (HOLD BETWEEN THUMB AND FOREFINGER, OR BREATHE ON IT. COLOR WILL CHANGE TO BLUE AND THEN RETURN)

# STATE OF ARIZONA

ARIZONA STATE DEPARTMENT OF HEALTH
BUREAU OF VITAL STATISTICS

BIRTH NO. 102- 60-003572

## CERTIFICATE OF LIVE BIRTH

REGISTRAR'S NO.

| 1. PLACE OF BIRTH | | 2. USUAL RESIDENCE OF MOTHER (WHERE DOES MOTHER LIVE?) | |
|---|---|---|---|
| A. COUNTY  Maricopa | | A. STATE  Arizona | B. COUNTY  Maricopa |
| B. CITY OR TOWN  Phoenix   ☑ IN CITY LIMITS   ☐ OUTSIDE CITY LIMITS | | C. CITY OR TOWN  Phoenix   ☑ IN CITY LIMITS   ☐ OUTSIDE CITY LIMITS | |
| C. FULL NAME OF HOSPITAL OR INSTITUTION (IF NOT IN HOSPITAL OR INSTITUTION, GIVE STREET ADDRESS OR LOCATION)  St. Joseph's Hospital | | D. STREET (IF RURAL GIVE LOCATION) ADDRESS  1823 No. 40th St. | E. IS RESIDENCE ON A FARM? YES ☐ NO ☐ |

| 3. CHILD'S NAME (TYPE OR PRINT) | A. (FIRST)  Susan | B. (MIDDLE)  Lynn | C. (LAST)  Mills |
|---|---|---|---|

| 4. SEX  Female | 5A. THIS BIRTH  SINGLE ☑  TWIN ☐  TRIPLET ☐ | 5B. IF TWIN OR TRIPLET (THIS CHILD)  1ST ☐  2ND ☐  3RD ☐ | 6A. DATE (MONTH) (DAY) (YEAR) OF BIRTH  Feb. 16 1960 | 6B. HOUR  1:01 A. M |
|---|---|---|---|---|

### FATHER OF CHILD

| 7. FULL NAME | A. (FIRST)  John | B. (MIDDLE)  Wilbur | C. (LAST)  Mills, Jr. | 8. COLOR OR RACE  White | 9. AGE (AT TIME OF THIS BIRTH)  31 |
|---|---|---|---|---|---|
| 10. USUAL RESIDENCE (WHERE DOES FATHER LIVE?)  Phoenix, Arizona | 11. BIRTHPLACE (STATE OR FOREIGN COUNTRY)  Hammond, Indiana | | 12A. USUAL OCCUPATION  Sheet Metal Assembler | 12B. KIND OF BUSINESS OR INDUSTRY  Gabriel Engineering | |

### MOTHER OF CHILD

| 13. FULL MAIDEN NAME | A. (FIRST)  Marca | B. (MIDDLE)  Yvonne | C. (LAST)  Wills | 14. COLOR OR RACE  White | 15. AGE (AT TIME OF THIS BIRTH)  20 |
|---|---|---|---|---|---|
| 16. BIRTHPLACE (STATE OR FOREIGN COUNTRY)  Ravenden Springs Ark. | 17A. USUAL OCCUPATION  Housewife | 17B. KIND OF BUSINESS OR INDUSTRY | 18. CHILDREN BORN TO THIS MOTHER (DO NOT INCLUDE THIS CHILD) | | |

| 18. CHILDREN BORN TO THIS MOTHER (DO NOT INCLUDE THIS CHILD) | | |
|---|---|---|
| A. HOW MANY OTHER CHILDREN ARE NOW LIVING? | B. HOW MANY OTHER CHILDREN WERE BORN ALIVE BUT ARE NOW DEAD? | C. HOW MANY OTHER CHILDREN WERE STILL-BORN (BORN DEAD AFTER 20 WEEKS PREGNANCY)? |
| 0 | 0 | 0 |

| I CERTIFY THAT THE INFORMATION IN ITEMS 1-18 IS CORRECT TO MY BEST KNOWLEDGE | 19. PARENT'S SIGNATURE  *Marca Mills* | |
|---|---|---|

| I HEREBY CERTIFY THAT I ATTENDED THE BIRTH OF THIS CHILD WHO WAS BORN ALIVE ON THE HOUR AND DATE STATED ABOVE. | 20A. ATTENDANT'S SIGNATURE | 20B. ATTENDANT AT BIRTH  M.D. ☑  MIDWIFE ☐  OTHER (SPECIFY)  D.O. ☐ |
|---|---|---|
| | 20C. ADDRESS | 20D. DATE SIGNED  2-19-60 |

| 21A. DATE REC'D BY LOCAL REG. | 21B. REGISTRAR'S SIGNATURE  *Beulah Johnston* | 22. DATE ON WHICH GIVEN NAME ADDED BY REGISTRAR |
|---|---|---|



9/26/2006

*Patricia Adams*

PATRICIA ADAMS
ASSISTANT STATE REGISTRAR

G3576083



Arizona
Department of
Health Services

ANY ALTERATION OR ERASURE VOIDS THIS DOCUMENT

State of California – Health and Human Services Agency

Department of Health Services

## SWORN STATEMENT

I, _Susan Lynn Recht_ declare under penalty of perjury under the laws of the State of California,
(Applicant's Printed Name)

that I am an authorized person, as defined in California Health and Safety Code Section 103526 (c), and am eligible to receive a

certified copy of the birth or death record of the following individual(s):

| Name of Person Listed on Certificate | Applicant's Relationship to Person Listed on Certificate (Must Be a Relationship Listed on Page 1 of Application) |
|---|---|
| Susan Lynn Recht | Self |
|  |  |
|  |  |

*(The remaining information must be completed in the presence of a Notary Public or Office of Vital Records staff.)*

Subscribed to this __13th__ day of __March__, 20__07__ at __Seattle__, __WA__
(Day)          (Month)                (City)          (State)

_Mrs Susan J Recht_
(Applicant's Signature)

**Note: If submitting your order by mail, you must have your Sworn Statement notarized using the Certificate of Acknowledgment below. The Certificate of Acknowledgment must be completed by a Notary Public. (Law enforcement and local and state governmental agencies are exempt from the notary requirement.)**

## CERTIFICATE OF ACKNOWLEDGMENT

State of __Washington__ )
County of __King__ ) ss

On __3/13/2007__ before me, __Kenneth Echague - notary__, personally appeared __Susan Lynn Recht__
(insert name and title of the officer here)

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed

to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies),

and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the

instrument.

WITNESS my hand and official seal.
(NOTARY SEAL)

_Kent T Ech_
NOTARY SIGNATURE

Notary Public
State of Washington
KENNETH T ECHAGUE
My Appointment Expires Sep 25, 2010

VS 111 (03/30/06)                Page 3 of 3

*[handwritten header:]* Hard Hold Account No's With Social Security
No. 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, No. 55H-08-7104 Dr. Louis T. Recht M.
Fema All Distances U.S. Dollar Dollar With Dollars as Fema

## Notice to Terminate Joint Account  *Hard Hold*

Date: *Aug 8, 2007*    *For Soc. No 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*
*Soc. No 55H-08-7104*
*Homeland Security Serena Bakery EVP Authorized*
*Wells Fargo Dick Kavenaugh CEO*
*Visa Card Jane Doe Authorized American Express, Discover LLC*
[name and address of creditor] *Checks Private Bank CEO Chase*

*Stolen Fema, Research Declines For Alien Research No*
Names on account: *Stolen Decline Two Signature Accounts*

Account number: *And Fema Belonging To Queen Elizabeth II Original*
*Mrs Louis T. Recht*
*507436088*
*Dr. Louis T. Recht MD*
*55408-7104*

To Whom It May Concern:

   With this letter, I am requesting that you close the account referenced above, effective immediately.

   I am requesting a "hard close" of the account so that neither party to the account may incur new charges. If you do not hard close the account, please be informed that as of the date of this letter, I will not be responsible for any new charges made to this account.

   If my account has an outstanding balance, you may keep the account open for billing purposes only. Nevertheless, I request that you keep the account inactive so that neither party to the account can incur new charges.

   Please acknowledge receipt of this notice by signing the duplicate of this letter and returning it to me in the enclosed stamped, self-addressed envelope.

   Thank you for your assistance with this matter.

*Mrs Louis T. Recht*          *Dr. Craig Recht PC Form Bankrupt*
Signature                     *On Behalf of*
*Mrs Louis T. Recht*          *Dr. Louis T. Recht MD 55408-7104*
*55408 Louis T. Recht*        *Date of Fema 213103*
Printed or typed name         *On Behalf of*
*General Delivery*            *Queen Elizabeth II*
*Seattle Washington 98101*
Address                        *Demand Safe and Secure Private*
                               *Fema No Premium Doctors it*
_____          *Mrs Louis T. Recht 50743 0088*
Home Phone                     *Returned to hold Elizabeth II Bank it*

Receipt acknowledged by:

_____ Date _____
Signature

Jerry Sabourn                                    Brad Gabrielse

Ballard

                                                 MAC P.  .
                                                 1619 NW Market St.
                                                 Seattle, WA 98107
                                                 206 789-8100
                                                 206 781-2012 Fax
                                                 800 869-3557 24 Hr. Customer Service
                                                 brad.gabrielse@wellsfargo.com

Wells Fargo Bank, N.A.

## Select A Case

- 1 COPY TO SUPREME COURT
- ATTORNEY GENERAL
- DEPT OF DEFENSE INSPECTOR

LOOK UP ADDRESS
- 1 COPY TO ATTORNEY GENERAL
- 1 COPY TO INSPECTOR GENERAL

This person is a party in 3 cases.

3:06-cv-04919-MMC    Recht v. United States    filed 08/15/06   closed 08/17/06

3:06-cv-04980-CRB    Recht v. Heartland Financial Inc.    filed 08/17/06   closed 11/29/06

3:06-cv-04981-MEJ    Recht v. Visa    filed 08/17/06

* GUILD METHODIST SF.
* SALVATION ARMY
* HILLMARS CHURCH
* GOODWILL
* CATHOLIC CHURCH
* MORMON
* JEHOVA WITNESS
* BILLY GRAHAM
* TURNER BROADCASTING
* EMMA CLARK
* OLD WORLD TITLES
* PRUDENTIAL REALTY
* ACTORS GUILD

* WESTCOR
* SCHWINDLER
* CLERK
* FISHER
* DAVENPORT
* NIBBI
* CLIFF WILLIAMS
* KAISER
* ADALIDOS
* MARTIN
* Dr HANSEN
* Dr MAJEWISKI
* OAKWOOD BANK
* SCOTTSHILL BANK
* COUNTRY BANK
* BANK OF AMERICA
* WASHINGTON MUTUAL
* BIOTECH
* 3M

- WELLS FARGO BANK
- CHASE PRIVATE BANKING
- WOODSIDE PARTNERS
- CDI WORKS
- WARREN
- CHASE TOMBLINE
- MARCA T MILLS
- JUDGE RAY - JUDGE CHASSA NEVADA
- JUDGE HOWATT - CALIFORNIA
- PRICE WATERHOUSE COOPER
- ARMY * SEND EXTRA COPY TO WASHING WITH MILITARY COURT
- NAVY * SEND EXTRA COPY TO WASHING WITH MILITARY COURT
- SENATOR KENNEDY
- SAL AND ROBERT PRICE
- CONGRESSWOMAN NANCY PELOSI
- NBC    • PBS    • ABC
- TBN    • DICK MARACO
- CBS    • HBO    • HOME LAND SECU
- DISNEY    • SHOWTIME

* LIVING WILL    WEST LAW FORMS
RESTRAINING ORD
* DEPOSITION FORMS    LETTER TO PO

- SAUDI ARABIA
- INDIA
- MOREACO
- MEXICO
- JAMICA
- AFRICA
- GERMANY
- CANADA
- CHINA
- JAPAN

VISA AMERICAN