**RECEIVED**
AUG 21 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case with Academic / Amalco Security
C07-02668 JE / Case No C07-02671
SBA                         MMC ~~SBA~~

| ESTATE OF (Name): Dr. Louis T. Pecht MD Laser The Gift | CASE NUMBER: 06-CV04919 MMC 06-CV04980 CRB |
|---|---|
| | DECEDENT |

## PROOF OF SERVICE BY MAIL

1. I am over the age of 18 and not a party to this cause. I am a resident of or employed in the county where the mailing occurred.
2. My residence or business address is (specify): Mrs Louis T Pecht, General Delivery, Seattle Washington 98101
3. I served the foregoing *Notice of Petition to Administer Estate* on each person named below by enclosing a copy in an envelope addressed as shown below AND to Judges By hand couriers
   a. [X] depositing the sealed envelope with the United States Postal Service with the postage fully prepaid.
   b. [ ] placing the envelope for collection and mailing on the date and at the place shown in item 4 following our ordinary business practices. I am readily familiar with this business' practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.
4. a. Date of deposit: Aug 17, 2007   b. Place of deposit (city and state): City of San Francisco - Dist Court
5. [X] I served with the *Notice of Petition to Administer Estate* a copy of the petition and other documents referred to in the notice. to Judges in San Francisco Dist Court

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Aug 21 2007

Mrs Louis T Pecht
(TYPE OR PRINT NAME)

Mrs Louis T Pecht
(SIGNATURE OF DECLARANT)

**NAME AND ADDRESS OF EACH PERSON TO WHOM NOTICE WAS MAILED**

[ ] List of names and addresses continued in attachment.

DE-121 [Rev. January 1, 1998]   **NOTICE OF PETITION TO ADMINISTER ESTATE** (Probate)   WEST GROUP Official Publisher   Page two

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MRS LOUIS T RECHT,

    Plaintiff(s),

v.

RISK MANAGEMENT,
    Defendant(s).

No. C 07-02668 JL SBA

ORDER SETTING INITIAL CASE
MANAGEMENT CONFERENCE
AND ADR DEADLINES

    IT IS HEREBY ORDERED that this action is assigned to the Honorable James Larson. When serving the complaint or notice of removal, the plaintiff or removing defendant must serve on all other parties a copy of this order, the handbook entitled "Dispute Resolution Procedures in the Northern District of California", the Notice of Assignment of Case to a United States Magistrate Judge for Trial, and all other documents specified in Civil Local Rule 4-2. Counsel must comply with the case schedule listed below unless the Court otherwise orders.

    IT IS FURTHER ORDERED that this action is assigned to the Alternative Dispute Resolution (ADR) Multi-Option Program governed by ADR Local Rule 3. Counsel and clients shall familiarize themselves with that rule and with the handbook entitled "Dispute Resolution Procedures in the Northern District of California."

## CASE SCHEDULE -ADR MULTI-OPTION PROGRAM

| Date | Event | Governing Rule |
|---|---|---|
| 5/21/2007 | Complaint filed | |
| 8/15/2007 | Last day to:<br>• meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan | FRCivP 26(f) & ADR L.R.3-5 |
| | • file Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference | Civil L.R. 16-8 |
| 8/29/2007 | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per attached Standing Order re Contents of Joint Case Management Statement (also available at http://www.cand.uscourts.gov) | FRCivP 26(a)(1)<br>Civil L.R. 16-9 |
| 9/5/2007 | INITIAL CASE MANAGEMENT CONFERENCE (CMC) in Ctrm F,15th Floor,SF at 10:30 AM | Civil L.R. 16-10 |

*[handwritten:]* Case conference was need to be rescheduled due to war