**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| MRS. LOUIS T. RECHT, | No. C 07-2668 SBA |
| Plaintiff, | **ORDER** |
| v. | [Docket No. 11] |
| RISK MANAGEMENT, | |
| Defendant. | |

On June 11, 2007, the Court adopted the Report and Recommendation issued by Chief Magistrate Judge James Larson recommending that the plaintiff's complaint be dismissed with prejudice. *See* Docket No. 7. The complaint was accordingly dismissed and the case closed. The plaintiff subsequently filed a number of papers which has been construed by the Clerk of Court as a motion to set aside the judgment [Docket No. 11].

As noted in the Report and Recommendation, the plaintiff has filed numerous frivolous complaints and has deluged the courts with incomprehensible letters and motions. The Report and Recommendation also characterized the complaint filed in this case as "an incoherent stream of consciousness" and "floridly delusional." Docket No. 5. The same is true with the plaintiff's present motion or motions. A review of the papers show them to be devoid of any substance. There is no comprehensible request made by the plaintiff and hence nothing for the Court to be able to consider or rule upon. Accordingly, the motion or motions [Docket No. 11] are DENIED.

IT IS SO ORDERED.

January 15, 2008

_Saundra B Armstrong_
Saundra Brown Armstrong
United States District Judge

1
2  UNITED STATES DISTRICT COURT
   FOR THE
3  NORTHERN DISTRICT OF CALIFORNIA

4  RECHT et al,

                                                Case Number: CV07-02668 SBA
5           Plaintiff,
                                                **CERTIFICATE OF SERVICE**
6     v.

7  RISK MANAGEMENT et al,

8           Defendant.
                                          /
9

10 I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

11

12 That on January 15, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located
13 in the Clerk's office.

14

15
   Louis T. Recht
16 General Delivery
   Seattle, WA 98101
17
   Dated: January 15, 2008
18                                         Richard W. Wieking, Clerk
                                           By: LISA R CLARK, Deputy Clerk
19

2