OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
1301 CLAY ST., SUITE 400S
OAKLAND, CA 94612-5212

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

FILED
MAR - 6 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Louis T. Recht
General Delivery
Seattle, WA 98101

CV07-02668 SBA

JAN 17 2008

NIXIE 980 DC 1 00 03/04/08
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 94612521299 *0505-11256-15-42



FILED
JAN 15 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

MRS. LOUIS T. RECHT,

Plaintiff,

v.

RISK MANAGEMENT,

Defendant.

No. C 07-2668 SBA

**ORDER**

[Docket No. 11]

---

On June 11, 2007, the Court adopted the Report and Recommendation issued by Chief Magistrate Judge James Larson recommending that the plaintiff's complaint be dismissed with prejudice. *See* Docket No. 7. The complaint was accordingly dismissed and the case closed. The plaintiff subsequently filed a number of papers which has been construed by the Clerk of Court as a motion to set aside the judgment [Docket No. 11].

As noted in the Report and Recommendation, the plaintiff has filed numerous frivolous complaints and has deluged the courts with incomprehensible letters and motions. The Report and Recommendation also characterized the complaint filed in this case as "an incoherent stream of consciousness" and "floridly delusional." Docket No. 5. The same is true with the plaintiff's present motion or motions. A review of the papers show them to be devoid of any substance. There is no comprehensible request made by the plaintiff and hence nothing for the Court to be able to consider or rule upon. Accordingly, the motion or motions [Docket No. 11] are DENIED.

IT IS SO ORDERED.

January 15, 2008

Saundra B. Armstrong
Saundra Brown Armstrong
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

RECHT et al,

Plaintiff,

v.

RISK MANAGEMENT et al,

Defendant.
_____________________________________/

Case Number: CV07-02668 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 15, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Louis T. Recht
General Delivery
Seattle, WA 98101

Dated: January 15, 2008

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk